# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cleland, Robert H. | United States District Court, Eastern District of Michigan | 07/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

707 Theodore Levin Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Five of these entites constitute those fiduciary relationships listed as: | "FR1" through "FR5," though not necessarily in that order |
| 2. Co-Trustee | Trust |
| 3. Co-Trustee | Trust |
| 4. Trustee | Trust |
| 5. Trustee | Trust |
| 6. President | Foundation 1 |
| 7. President | Sub-Chapter S Corporation 1 |
| 8. Co-Trustee | Partnership 1 |
| 9. Member | Board of Directors Condominium Association |
| 10. Member | Investment Club |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

2. _____

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   S1 | D | Dividend | P1 | T | | | | | |
| 2.   -Fractional share of FR5 | | | | | | | | | |
| 3.   -CUB Investment Partnership | | | | | | | | | |
| 4.   -Fidelity Cash Reserves Fund | | | | | | | | | |
| 5.   -Mich residential real estate held for rental; St Clair Cnty | | | | | | | | | |
| 6.   -Accenture PLC (Common) | | | | | Buy (add'l) | 01/15/11 | J | | |
| 7.   -Accenture PLC (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 8.   -Accenture PLC (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 9.   -Accenture PLC (Common) | | | | | Sold (part) | 08/24/11 | J | A | |
| 10.   -Accenture PLC (Common) | | | | | Sold (part) | 11/01/11 | J | A | |
| 11.   -Accenture PLC (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 12.   -Aetna Inc (Common) | | | | | Sold | 05/18/11 | J | A | |
| 13.   -Agrium Inc (Common) | | | | | Sold | 02/02/11 | J | A | |
| 14.   -Alcoa Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 15.   -Alcoa Inc (Common) | | | | | Buy (add'l) | 08/30/11 | J | | |
| 16.   -Alcoa Inc (Common) | | | | | Sold (part) | 10/04/11 | J | | |
| 17.   -Alcoa Inc (Common) | | | | | Sold | 10/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Alcon Inc (Common) | | | | | Sold (part) | 01/05/11 | J | A | |
| 19. -Alcon Inc (Common) | | | | | Sold (part) | 01/10/11 | J | A | |
| 20. -Alcon Inc (Common) | | | | | Sold (part) | 01/13/11 | J | A | |
| 21. -Alcon Inc (Common) | | | | | Sold (part) | 01/31/11 | J | A | |
| 22. -Alcon Inc (Common) | | | | | Sold (part) | 02/10/11 | J | A | |
| 23. -Alcon Inc (Common) | | | | | Sold (part) | 02/17/11 | J | A | |
| 24. -Alcon Inc (Common) | | | | | Sold (part) | 03/04/11 | J | A | |
| 25. -Alcon Inc (Common) | | | | | Sold (part) | 03/22/11 | J | A | |
| 26. -Alcon Inc (Common) | | | | | Sold | 03/24/11 | J | A | |
| 27. -Allergan Inc (Common) | | | | | Buy (add'l) | 02/11/11 | J | | |
| 28. -Allergan Inc (Common) | | | | | Buy (add'l) | 03/18/11 | J | | |
| 29. -Allergan Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 30. -Allergan Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 31. -Alliance Bernstein Cash (Fund) | | | | | | | | | |
| 32. -Altria Group Inc (Common) | | | | | Sold (part) | 02/02/11 | J | A | |
| 33. -Altria Group Inc (Common) | | | | | Buy (add'l) | 03/24/11 | J | | |
| 34. -Altria Group Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Altria Group Inc (Common) | | | | | Sold (part) | 10/14/11 | J | A | |
| 36. -Altria Group Inc (Common) | | | | | Buy (add'l) | 12/06/11 | J | | |
| 37. -Amazon Com Inc (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 38. -Amazon Com Inc (Common) | | | | | Buy (add'l) | 03/23/11 | J | | |
| 39. -Amazon Com Inc (Common) | | | | | Buy (add'l) | 03/25/11 | J | | |
| 40. -Amazon Com Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 41. -Anadarko Petroleum Corp (Common) | | | | | Buy | 06/07/11 | J | | |
| 42. -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 06/14/11 | J | | |
| 43. -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 07/01/11 | J | | |
| 44. -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 07/21/11 | J | | |
| 45. -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 46. -Anadarko Petroleum Corp (Common) | | | | | Sold (part) | 09/30/11 | J | | |
| 47. -Aon Corp (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 48. -Aon Corp (Common) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 49. -Aon Corp (Common) | | | | | Sold (part) | 04/15/11 | J | | |
| 50. -Aon Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 51. -Aon Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Aon Corp (Common) | | | | | Sold | 06/28/11 | J | A | |
| 53. -Apollo Group Inc (Common) | | | | | Buy | 12/20/11 | J | | |
| 54. -Apple Inc (Common) | | | | | Sold (part) | 05/18/11 | J | D | |
| 55. -Apple Inc (Common) | | | | | Sold (part) | 08/10/11 | J | A | |
| 56. -Applied Materials Inc (Common) | | | | | Buy | 07/27/11 | J | | |
| 57. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 58. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 10/17/11 | J | | |
| 59. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 11/21/11 | J | | |
| 60. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 61. -Archer-Daniels Midland Co (Common) | | | | | Buy (add'l) | 02/17/11 | J | | |
| 62. -Archer-Daniels Midland Co (Common) | | | | | Sold | 05/18/11 | J | | |
| 63. -Aruba Networks Inc (Common) | | | | | Buy | 07/25/11 | J | | |
| 64. -Aruba Networks Inc (Common) | | | | | Buy (add'l) | 10/03/11 | J | | |
| 65. -Aruba Networks Inc (Common) | | | | | Sold | 11/14/11 | J | A | |
| 66. -Astrazeneca PLC (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 67. -AT&T Inc (Common) | | | | | Sold (part) | 01/07/11 | J | A | |
| 68. -AT&T Inc (Common) | | | | | Buy (add'l) | 03/08/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AT&T Inc (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 70. -AT&T Inc (Common) | | | | | Buy (add'l) | 03/18/11 | J | | |
| 71. -AT&T Inc (Common) | | | | | Buy (add'l) | 04/01/11 | J | | |
| 72. -AT&T Inc (Common) | | | | | Buy (add'l) | 04/07/11 | J | | |
| 73. -AT&T Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 74. -AT&T Inc (Common) | | | | | Sold (part) | 07/15/11 | J | A | |
| 75. -AT&T Inc (Common) | | | | | Sold (part) | 07/21/11 | J | A | |
| 76. -AT&T Inc (Common) | | | | | Sold (part) | 07/28/11 | J | A | |
| 77. -BB&T Corp (Common) | | | | | Sold | 04/12/11 | J | A | |
| 78. -Bernstein Diversified Municipal Portfolio | | | | | Buy | 05/18/11 | M | | |
| 79. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 05/19/11 | J | | |
| 80. -Bernstein Diversified Municipal Portfolio | | | | | Sold (part) | 09/09/11 | K | | |
| 81. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 11/01/11 | J | | |
| 82. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 12/14/11 | J | | |
| 83. -Bernstein Emerging Markets Portfolio | | | | | Sold (part) | 05/18/11 | K | | |
| 84. -Bernstein Emerging Markets Portfolio | | | | | Buy (add'l) | 12/14/11 | J | | |
| 85. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/19/11 | J | | |
| 87. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/10/11 | J | | |
| 88. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/18/11 | L | | |
| 89. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 11/07/11 | J | | |
| 90. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 11/15/11 | J | | |
| 91. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/06/11 | J | | |
| 92. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/22/11 | J | | |
| 93. -Boeing Co (Common) | | | | | Buy | 11/15/11 | J | | |
| 94. -Boeing Co (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 95. -Borgwarner Inc (Common) | | | | | Buy | 02/11/11 | J | | |
| 96. -Borgwarner Inc (Common) | | | | | Buy (add'l) | 05/23/11 | J | | |
| 97. -BP PLC (Common) | | | | | Buy | 08/11/11 | J | | |
| 98. -BP PLC (Common) | | | | | Buy (add'l) | 09/15/11 | J | | |
| 99. -BP PLC (Common) | | | | | Buy (add'l) | 10/06/11 | J | | |
| 100. -BP PLC (Common) | | | | | Buy (add'l) | 10/11/11 | J | | |
| 101. -BP PLC (Common) | | | | | Buy (add'l) | 10/26/11 | J | | |
| 102. -Broadcom Corp (Common) | | | | | Buy | 03/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Broadcom Corp (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 104. -Broadcom Corp (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 105. -Broadcom Corp (Common) | | | | | Sold (part) | 12/14/11 | J | | |
| 106. -Bunge Ltd (Common) | | | | | Sold (part) | 08/08/11 | J | A | |
| 107. -Bunge Ltd (Common) | | | | | Sold (part) | 08/10/11 | J | A | |
| 108. -Bunge Ltd (Common) | | | | | Sold (part) | 08/18/11 | J | A | |
| 109. -Bunge Ltd (Common) | | | | | Sold (part) | 08/22/11 | J | A | |
| 110. -Bunge Ltd (Common) | | | | | Sold (part) | 10/06/11 | J | A | |
| 111. -Bunge Ltd (Common) | | | | | Sold | 10/10/11 | J | A | |
| 112. -Cablevision Sys Corp (Common) | | | | | Sold (part) | 01/04/11 | J | A | |
| 113. -Cablevision Sys Corp (Common) | | | | | Sold | 05/09/11 | J | A | |
| 114. -Cameron International Corp (Common) | | | | | Buy (add'l) | 01/14/11 | J | | |
| 115. -Cameron International Corp (Common) | | | | | Sold (part) | 05/09/11 | J | | |
| 116. -Cameron International Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 117. -Cameron International Corp (Common) | | | | | Sold (part) | 05/25/11 | J | A | |
| 118. -Cameron International Corp (Common) | | | | | Sold | 05/26/11 | J | A | |
| 119. -Capital One Financial Corp (Common) | | | | | Sold (part) | 04/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Capital One Financial Corp (Common) | | | | | Sold | 05/09/11 | J | A | |
| 121.  -Carnival Corp (Common) | | | | | Sold (part) | 03/29/11 | J | | |
| 122.  -Carnival Corp (Common) | | | | | Sold | 04/11/11 | J | | |
| 123.  -CBRE Group (Common) | | | | | Buy | 08/02/11 | J | | |
| 124.  -CBRE Group (Common) | | | | | Buy (add'l) | 08/05/11 | J | | |
| 125.  -CBRE Group (Common) | | | | | Buy | 11/02/11 | J | | |
| 126.  -Celgene Corp (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 127.  -Celgene Corp (Common) | | | | | Buy (add'l) | 05/10/11 | J | | |
| 128.  -Celgene Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 129.  -Celgene Corp (Common) | | | | | Sold (part) | 09/20/11 | J | A | |
| 130.  -Celgene Corp (Common) | | | | | Sold (part) | 10/21/11 | J | A | |
| 131.  -Celgene Corp (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 132.  -Celgene Corp (Common) | | | | | Sold (part) | 12/09/11 | J | A | |
| 133.  -Celgene Corp (Common) | | | | | Sold (part) | 12/13/11 | J | A | |
| 134.  -Centerpoint Energy (Common) | | | | | Buy | 10/21/11 | J | | |
| 135.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 04/21/11 | J | | |
| 136.  -Centurylink Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 08/11/11 | J | | |
| 138.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 09/14/11 | J | | |
| 139.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 10/05/11 | J | | |
| 140.  -CF Industries Holdings Inc (Common) | | | | | Sold | 01/31/11 | J | B | |
| 141.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/10/11 | J | | |
| 142.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/14/11 | J | | |
| 143.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/16/11 | J | | |
| 144.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/24/11 | J | A | |
| 145.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 03/17/11 | J | A | |
| 146.  -Cisco Systems Inc (Common) | | | | | Sold (part) | 04/04/11 | J | A | |
| 147.  -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 148.  -CIT Group Inc (Common) | | | | | Buy | 12/12/11 | J | | |
| 149.  -Citi Group Inc (Common) | | | | | Buy | 03/18/11 | J | | |
| 150.  -Citi Group Inc (Common) | | | | | Buy (add'l) | 03/24/11 | J | | |
| 151.  -Citi Group Inc (Common) | | | | | Buy (add'l) | 03/25/11 | J | | |
| 152.  -Citi Group Inc (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 153.  -Citi Group Inc (Common) | | | | | Buy (add'l) | 04/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Citi Group Inc (Common) | | | | | Buy (add'l) | 04/26/11 | J | | |
| 155. -Citi Group Inc (Common) | | | | | Buy (add'l) | 04/29/11 | J | | |
| 156. -Citi Group Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 157. -Citi Group Inc (Common) | | | | | Buy (add'l) | 06/22/11 | J | | |
| 158. -Citi Group Inc (Common) | | | | | Buy (add'l) | 07/21/11 | J | | |
| 159. -Citi Group Inc (Common) | | | | | Buy (add'l) | 07/29/11 | J | | |
| 160. -Citi Group Inc (Common) | | | | | Buy (add'l) | 11/28/11 | J | | |
| 161. -Citizens First Bancorp Inc (Common) | | | | | | | | | |
| 162. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 01/06/11 | J | | |
| 163. -Citrix Systems Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 164. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 06/07/11 | J | | |
| 165. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 08/24/11 | J | | |
| 166. -Citrix Systems Inc (Common) | | | | | Sold (part) | 09/30/11 | J | | |
| 167. -Citrix Systems Inc (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 168. -CME Group Inc (Common) | | | | | Sold (part) | 01/28/11 | J | | |
| 169. -CME Group Inc (Common) | | | | | Sold (part) | 02/18/11 | J | | |
| 170. -CME Group Inc (Common) | | | | | Sold (part) | 03/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -CME Group Inc (Common) | | | | | Sold | 05/10/11 | J | A | |
| 172.  -CMS Energy Corp (Common) | | | | | Buy | 08/22/11 | J | | |
| 173.  -CMS Energy Corp (Common) | | | | | Buy (add'l) | 10/24/11 | J | | |
| 174.  -Comcast Corp (Common) | | | | | Buy (add'l) | 01/10/11 | J | | |
| 175.  -Comcast Corp (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 176.  -Comcast Corp (Common) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 177.  -Comcast Corp (Common) | | | | | Buy (add'l) | 04/05/11 | J | | |
| 178.  -Comcast Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 179.  -Comcast Corp (Common) | | | | | Buy (add'l) | 08/31/11 | J | | |
| 180.  -Comcast Corp (Common) | | | | | Sold (part) | 11/09/11 | J | A | |
| 181.  -Comcast Corp (Common) | | | | | Sold (part) | 11/14/11 | J | | |
| 182.  -Comcast Corp (Common) | | | | | Sold (part) | 12/16/11 | J | A | |
| 183.  -Commerical Metals Co (Common) | | | | | Sold | 05/18/11 | J | A | |
| 184.  -Conocophillips (Common) | | | | | Sold (part) | 02/15/11 | J | A | |
| 185.  -Conocophillips (Common) | | | | | Buy (add'l) | 04/12/11 | J | | |
| 186.  -Conocophillips (Common) | | | | | Buy (add'l) | 04/13/11 | J | | |
| 187.  -Conocophillips (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Conocophillips (Common) | | | | | Buy (add'l) | 06/21/11 | J | | |
| 189. -Conocophillips (Common) | | | | | Buy (add'l) | 07/18/11 | J | | |
| 190. -Conocophillips (Common) | | | | | Buy (add'l) | 07/22/11 | J | | |
| 191. -Conocophillips (Common) | | | | | Buy (add'l) | 08/11/11 | J | | |
| 192. -Conocophillips (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 193. -Conocophillips (Common) | | | | | Sold (part) | 12/05/11 | J | A | |
| 194. -Conocophillips (Common) | | | | | Sold (part) | 12/19/11 | J | A | |
| 195. -Constellation Brands Inc (Common) | | | | | Sold (part) | 06/16/11 | J | A | |
| 196. -Constellation Energy Inc (Common) | | | | | Sold | 02/09/11 | J | | |
| 197. -Cooper Industries PLC (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 198. -Cooper Industries PLC (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 199. -Cooper Industries PLC (Common) | | | | | Sold (part) | 05/26/11 | J | A | |
| 200. -Cooper Industries PLC (Common) | | | | | Sold (part) | 07/14/11 | J | A | |
| 201. -Cooper Industries PLC (Common) | | | | | Sold | 07/29/11 | J | A | |
| 202. -Corning Inc (Common) | | | | | Buy (add'l) | 08/15/11 | J | | |
| 203. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 03/08/11 | J | A | |
| 204. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 03/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Costco Wholesale Corp (Common) | | | | | Sold | 05/10/11 | J | A | |
| 206. -Covidien PLC (Common) | | | | | Buy | 05/31/11 | J | | |
| 207. -Covidien PLC (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 208. -Covidien PLC (Common) | | | | | Buy (add'l) | 07/27/11 | J | | |
| 209. -Covidien PLC (Common) | | | | | Buy (add'l) | 08/12/11 | J | | |
| 210. -Covidien PLC (Common) | | | | | Buy (add'l) | 11/02/11 | J | | |
| 211. - Credit Suisse Group (Common) | | | | | Sold | 02/17/11 | J | A | See note in Part VIII |
| 212. -Danaher Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 213. -Danaher Corp (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 214. -Danaher Corp (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 215. -Danaher Corp (Common) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 216. -Deere & Co (Common) | | | | | Sold | 05/10/11 | J | B | |
| 217. -Dell Inc (Common) | | | | | Buy (add'l) | 02/03/11 | J | | |
| 218. -Dell Inc (Common) | | | | | Sold (part) | 04/07/11 | J | A | |
| 219. -Dell Inc (Common) | | | | | Sold (part) | 04/28/11 | J | A | |
| 220. -Dell Inc (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 221. -Dell Inc (Common) | | | | | Sold (part) | 07/21/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Dell Inc (Common) | | | | | Sold (part) | 10/24/11 | J | A | |
| 223. -Delta Air Lines Inc (Common) | | | | | Buy (add'l) | 02/14/11 | J | | |
| 224. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 03/07/11 | J | | |
| 225. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 03/16/11 | J | | |
| 226. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 227. -Delta Air Lines Inc (Common) | | | | | Buy (add'l) | 07/21/11 | J | | |
| 228. -Devon Energy Corp (Common) | | | | | Buy (add'l) | 01/26/11 | J | | |
| 229. -Devon Energy Corp (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 230. -Devon Energy Corp (Common) | | | | | Buy (add'l) | 05/04/11 | J | | |
| 231. -Devon Energy Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 232. -Devon Energy Corp (Common) | | | | | Sold (part) | 06/07/11 | J | A | |
| 233. -Devon Energy Corp (Common) | | | | | Sold (part) | 08/02/11 | J | A | |
| 234. -Devon Energy Corp (Common) | | | | | Sold (part) | 08/05/11 | J | | |
| 235. -Devon Energy Corp (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 236. -DirecTV (Common) | | | | | Buy (add'l) | 01/10/11 | J | | |
| 237. -DirecTV (Common) | | | | | Sold (part) | 04/18/11 | J | A | |
| 238. -DirecTV (Common) | | | | | Sold (part) | 04/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -DirecTV (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 240. -DirecTV (Common) | | | | | Sold (part) | 07/05/11 | J | A | |
| 241. -DirecTV (Common) | | | | | Sold (part) | 08/03/11 | J | A | |
| 242. -DirecTV (Common) | | | | | Buy (add'l) | 08/26/11 | J | | |
| 243. -DirecTV (Common) | | | | | Sold (part) | 10/14/11 | J | A | |
| 244. -Dollar General Corp (Common) | | | | | Buy | 09/09/11 | J | | |
| 245. -Dollar General Corp (Common) | | | | | Buy (add'l) | 09/21/11 | J | | |
| 246. -Dollar General Corp (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 247. -Dow Chemical (Common) | | | | | Buy (add'l) | 01/06/11 | J | | |
| 248. -Dow Chemical (Common) | | | | | Buy (add'l) | 01/11/11 | J | | |
| 249. -Dow Chemical (Common) | | | | | Buy (add'l) | 02/03/11 | J | | |
| 250. -Dow Chemical (Common) | | | | | Sold (part) | 05/17/11 | J | A | |
| 251. -Dow Chemical (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 252. -Dow Chemical (Common) | | | | | Sold (part) | 08/26/11 | J | | |
| 253. -Dow Chemical (Common) | | | | | Sold (part) | 11/14/11 | J | | |
| 254. -DTE Energy Co (Common) | | | | | Buy | 03/11/11 | J | | |
| 255. -DTE Energy Co (Common) | | | | | Buy (add'l) | 03/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -DTE Energy Co (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 257.  -DTE Energy Co (Common) | | | | | Sold (part) | 06/13/11 | J | A | |
| 258.  -DTE Energy Co (Common) | | | | | Sold | 08/04/11 | J | | |
| 259.  -Eaton Corp (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 260.  -Eaton Corp (Common) | | | | | Sold (part) | 03/17/11 | J | A | |
| 261.  -Eaton Corp (Common) | | | | | Sold | 05/18/11 | J | A | |
| 262.  -Edison Intenational (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 263.  -Edison Intenational (Common) | | | | | Sold | 05/18/11 | J | A | |
| 264.  -EMC Corp (Common) | | | | | Sold (part) | 01/19/11 | J | A | |
| 265.  -EMC Corp (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 266.  -EMC Corp (Common) | | | | | Sold (part) | 04/26/11 | J | A | |
| 267.  -EMC Corp (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 268.  -EMC Corp (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 269.  -Emerson Electric Co (Common) | | | | | Buy | 02/02/11 | J | | |
| 270.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/07/11 | J | | |
| 271.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/08/11 | J | | |
| 272.  -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Emerson Electric Co (Common) | | | | | Sold | 03/28/11 | J | | |
| 274. -Ensco PLC (Common) | | | | | Sold (part) | 03/16/11 | J | A | |
| 275. -Ensco PLC (Common) | | | | | Sold (part) | 03/23/11 | J | A | |
| 276. -Ensco PLC (Common) | | | | | Sold | 07/20/11 | J | A | |
| 277. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 01/19/11 | J | | |
| 278. -EOG Resources Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 279. -EOG Resources Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 280. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 06/02/11 | J | | |
| 281. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 07/25/11 | J | | |
| 282. -Estee Lauder Cos (Common) | | | | | Buy | 10/06/11 | J | | |
| 283. -Express Scripts Inc (Common) | | | | | Buy (add'l) | 05/13/11 | J | | |
| 284. -Express Scripts Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 285. -Express Scripts Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 286. -Express Scripts Inc (Common) | | | | | Sold (part) | 07/22/11 | J | A | |
| 287. -Fifth Third Bancorp (Common) | | | | | Sold | 03/03/11 | J | A | |
| 288. -Flowserve Corp (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 289. -FMC Technologies Inc (Common) | | | | | Buy | 05/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -FMC Technologies Inc (Common) | | | | | Buy (add'l) | 08/04/11 | J | | |
| 291. -FMC Technologies Inc (Common) | | | | | Buy (add'l) | 08/25/11 | J | | |
| 292. -FMC Technologies Inc (Common) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 293. -Freeport-McMoran Copper (Common) | | | | | Sold (part) | 01/03/11 | J | A | |
| 294. -Freeport-McMoran Copper (Common) | | | | | Sold (part) | 01/20/11 | J | A | |
| 295. -Freeport-McMoran Copper (Common) | | | | | Sold | 01/25/11 | J | A | |
| 296. -Gamestop Corp (Common) | | | | | Buy | 04/20/11 | J | | |
| 297. -Gamestop Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 298. -Gannett Co (Common) | | | | | Buy (add'l) | 09/22/11 | J | | |
| 299. -Gannett Co (Common) | | | | | Buy (add'l) | 11/23/11 | J | | |
| 300. -Gannett Co (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 301. -Gap Inc (Common) | | | | | Sold (part) | 01/25/11 | J | A | |
| 302. -Gap Inc (Common) | | | | | Sold (part) | 02/16/11 | J | A | |
| 303. -Gap Inc (Common) | | | | | Sold (part) | 05/18/11 | J | |
| 304. -Gap Inc (Common) | | | | | Sold | 08/04/11 | J | A | |
| 305. -Garmin Ltd (Common) | | | | | Sold (part) | 03/25/11 | J | |
| 306. -Garmin Ltd (Common) | | | | | Sold | 03/30/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -General Electric (Common) | | | | | Buy (add'l) | 06/14/11 | J | | |
| 308.  -General Electric (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 309.  -General Electric (Common) | | | | | Buy (add'l) | 08/17/11 | J | | |
| 310.  -General Electric (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 311.  -General Electric (Common) | | | | | Sold (part) | 09/14/11 | J | | |
| 312.  -General Mills (Common) | | | | | Sold (part) | 01/13/11 | J | A | |
| 313.  --General Mills (Common) | | | | | Buy (add'l) | 05/13/11 | J | | |
| 314.  -General Mills (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 315.  -General Mills (Common) | | | | | Buy (add'l) | 08/12/11 | J | | |
| 316.  -General Mills (Common) | | | | | Buy (add'l) | 10/11/11 | J | | |
| 317.  -General Mills (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 318.  -General Mills (Common) | | | | | Buy (add'l) | 11/25/11 | J | | |
| 319.  -General Motors Co (Common) | | | | | Sold | 01/31/11 | J | A | |
| 320.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 01/20/11 | J | A | |
| 321.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 02/11/11 | J | A | |
| 322.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 02/17/11 | J | A | |
| 323.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 03/11/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 325.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 326.  -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 07/18/11 | J | | |
| 327.  -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 328.  -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 08/15/11 | J | | |
| 329.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 11/22/11 | J | | |
| 330.  -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 01/12/11 | J | | |
| 331.  -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 332.  -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/08/11 | J | | |
| 333.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/16/11 | J | | |
| 334.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 04/11/11 | J | | |
| 335.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/12/11 | J | | |
| 336.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 337.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 06/10/11 | J | | |
| 338.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 09/14/11 | J | | |
| 339.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 11/01/11 | J | | |
| 340.  -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 11/17/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 12/21/11 | J | | |
| 342. -Goodrich Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 343. -Goodrich Corp (Common) | | | | | Sold (part) | 08/03/11 | J | A | |
| 344. -Goodrich Corp (Common) | | | | | Sold (part) | 11/01/11 | J | A | |
| 345. -Google Inc (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 346. -Google Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 347. -Google Inc (Common) | | | | | Sold (part) | 08/17/11 | J | B | |
| 348. -Google Inc (Common) | | | | | Sold (part) | 09/01/11 | J | A | |
| 349. -Google Inc (Common) | | | | | Buy (add'l) | 11/22/11 | J | | |
| 350. -Greenfield Financial Group (Common) | | | | | | | | | |
| 351. -Hansen Natural Corp (Common) | | | | | Buy | 01/11/11 | J | | |
| 352. -Hansen Natural Corp (Common) | | | | | Sold | 02/15/11 | J | A | |
| 353. -Harley Davidson (Common) | | | | | Buy | 10/26/11 | J | | |
| 354. -Harley Davidson (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 355. -HCA Holdings (Common) | | | | | Buy | 03/31/11 | J | | |
| 356. -HCA Holdings (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 357. -HCA Holdings (Common) | | | | | Sold | 08/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Health Net Inc (Common) | | | | | | | | | |
| 359. -Hershey Co (Common) | | | | | Buy | 12/21/11 | J | | |
| 360. -Hess Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 361. -Hess Corp (Common) | | | | | Buy (add'l) | 06/27/11 | J | | |
| 362. -Hess Corp (Common) | | | | | Sold | 08/09/11 | J | A | |
| 363. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 02/23/11 | J | | |
| 364. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 03/16/11 | J | | |
| 365. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 366. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 367. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 06/29/11 | J | | |
| 368. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 08/05/11 | J | | |
| 369. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 08/19/11 | J | | |
| 370. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 11/23/11 | J | | |
| 371. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 12/21/11 | J | | |
| 372. -Honeywell International Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 373. -Honeywell International Inc (Common) | | | | | Sold | 05/18/11 | J | B | |
| 374. -Huntington Ingalls Indutsties (Common) | | | | | Spinoff (from line 538) | 03/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Huntington Ingalls Industries (Common) | | | | | Sold (part) | 06/20/11 | J | A | |
| 376. -Huntington Ingalls Industries (Common) | | | | | Sold | 06/30/11 | J | A | |
| 377. -Illumina Inc (Common) | | | | | Buy | 12/12/11 | J | | |
| 378. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 05/09/11 | J | A | |
| 379. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 380. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 06/13/11 | J | A | |
| 381. -Intel Corp (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 382. -Intel Corp (Common) | | | | | Sold (part) | 03/17/11 | J | A | |
| 383. -Intel Corp (Common) | | | | | Sold | 04/05/11 | J | A | |
| 384. -Intuit Inc (Common) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 385. -Intuit Inc (Common) | | | | | Buy (add'l) | 01/26/11 | J | | |
| 386. -Intuit Inc (Common) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 387. -Intuit Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 388. -Intuit Inc (Common) | | | | | Buy (add'l) | 08/25/11 | J | | |
| 389. -Intuit Inc (Common) | | | | | Sold (part) | 11/23/11 | J | A | |
| 390. -Johnson & Johnson (Common) | | | | | Buy (add'l) | 12/06/11 | J | | |
| 391. -Johnson & Johnson (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Johnson & Johnson (Common) | | | | | Sold (part) | 08/25/11 | J | A | |
| 393. -Johnson Controls Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 394. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 06/02/11 | J | | |
| 395. -Johnson Controls Inc (Common) | | | | | Sold (part) | 09/01/11 | J | | |
| 396. -Johnson Controls Inc (Common) | | | | | Sold (part) | 11/01/11 | J | | |
| 397. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 398. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/22/11 | J | | |
| 399. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 400. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 04/05/11 | J | A | |
| 401. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/13/11 | J | A | |
| 402. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 403. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 404. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 11/01/11 | J | A | |
| 405. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 11/11/11 | J | A | |
| 406. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 11/17/11 | J | | |
| 407. -Juniper Networks Inc (Common) | | | | | Buy (add'l) | 01/21/11 | J | | |
| 408. -Juniper Networks Inc (Common) | | | | | Buy (add'l) | 02/25/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Juniper Networks Inc (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 410. -Juniper Networks Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 411. -Juniper Networks Inc (Common) | | | | | Sold | 10/19/11 | J | A | |
| 412. -Kimberly Clark Corp (Common) | | | | | Sold (part) | 03/07/11 | J | | |
| 413. -Kimberly Clark Corp (Common) | | | | | Sold (part) | 03/09/11 | J | A | |
| 414. -Kimberly Clark Corp (Common) | | | | | Sold | 04/14/11 | J | A | |
| 415. -Kohls Corp (Common) | | | | | Sold (part) | 01/18/11 | J | A | |
| 416. -Kohls Corp (Common) | | | | | Sold (part) | 02/07/11 | J | A | |
| 417. -Kohls Corp (Common) | | | | | Sold (part) | 02/28/11 | J | A | |
| 418. -Kohls Corp (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 419. -Kohls Corp (Common) | | | | | Sold (part) | 03/25/11 | J | A | |
| 420. -Kohls Corp (Common) | | | | | Sold (part) | 03/29/11 | J | A | |
| 421. -Kohls Corp (Common) | | | | | Sold (part) | 04/05/11 | J | A | |
| 422. -Kohls Corp (Common) | | | | | Sold (part) | 04/15/11 | J | A | |
| 423. -Kohls Corp (Common) | | | | | Sold | 04/25/11 | J | A | |
| 424. -Kroger Co (Common) | | | | | Buy | 02/16/11 | J | | |
| 425. -Kroger Co (Common) | | | | | Buy (add'l) | 03/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Kroger Co (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 427. -Kroger Co (Common) | | | | | Buy (add'l) | 09/15/11 | J | | |
| 428. -Kroger Co (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 429. -Kroger Co (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 430. -LAM Reserach (Common) | | | | | Buy | 05/10/11 | J | | |
| 431. -LAM Reserach (Common) | | | | | Buy (add'l) | 10/07/11 | J | | |
| 432. -LAM Reserach (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 433. -LAM Reserach (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 434. -Las Vegas Sands Corp (Common) | | | | | Buy | 08/19/11 | J | | |
| 435. -Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 08/31/11 | J | | |
| 436. -Las Vegas Sands Corp (Common) | | | | | Sold (part) | 11/17/11 | J | A | |
| 437. -Lear Corp (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 438. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 01/04/11 | J | | |
| 439. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 440. -Limited Brands Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 441. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 442. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 09/02/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -Limited Brands Inc (Common) | | | | | Sold (part) | 10/05/11 | J | | |
| 444.  -Limited Brands Inc (Common) | | | | | Sold (part) | 10/31/11 | J | A | |
| 445.  -Lorillard Inc (Common) | | | | | Buy | 08/09/11 | J | | |
| 446.  -Lorillard Inc (Common) | | | | | Buy (add'l) | 08/12/11 | J | | |
| 447.  -Lorillard Inc (Common) | | | | | Buy (add'l) | 10/12/11 | J | | |
| 448.  -Lorillard Inc (Common) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 449.  -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 02/03/11 | J | | |
| 450.  -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 451.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/06/11 | J | A | |
| 452.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 453.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 07/07/11 | J | A | |
| 454.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 07/18/11 | J | | |
| 455.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 08/03/11 | J | | |
| 456.  -Lowe's COS Inc (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 457.  -LyondellBasell Industries (Common) | | | | | Buy | 05/24/11 | J | | |
| 458.  -LyondellBasell Industries (Common) | | | | | Buy (add'l) | 06/27/11 | J | | |
| 459.  -LyondellBasell Industries (Common) | | | | | Buy (add'l) | 08/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -LyondellBasell Industries (Common) | | | | | Buy (add'l) | 10/04/11 | J | | |
| 461. -Marathon Oil (Common) | | | | | Buy | 02/03/11 | J | | |
| 462. -Marathon Oil (Common) | | | | | Buy (add'l) | 05/12/11 | J | | |
| 463. -Marathon Oil (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 464. -Marathon Petroleum Corp (Common) | | | | | Buy | 07/29/11 | J | | |
| 465. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 466. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 08/24/11 | J | | |
| 467. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 10/03/11 | J | | |
| 468. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 11/16/11 | J | A | |
| 469. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 09/15/11 | J | | |
| 470. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 10/20/11 | J | | |
| 471. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 472. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 473. -Marvell Technology Group (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 474. -McGraw Hill Cos (Common) | | | | | Buy | 05/25/11 | J | | |
| 475. -McKesson Corp (Common) | | | | | Buy | 02/25/11 | J | | |
| 476. -McKesson Corp (Common) | | | | | Sold (part) | 03/30/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -McKesson Corp (Common) | | | | | Sold | 04/04/11 | J | | |
| 478. -MetLife Inc (Common) | | | | | Buy | 03/07/11 | J | | |
| 479. -MetLife Inc (Common) | | | | | Buy (add'l) | 04/25/11 | J | | |
| 480. -MetLife Inc (Common) | | | | | Buy (add'l) | 05/23/11 | J | | |
| 481. -MetLife Inc (Common) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 482. -MetLife Inc (Common) | | | | | Buy (add'l) | 10/06/11 | J | | |
| 483. -MetLife Inc (Common) | | | | | Sold (part) | 11/17/11 | J | | |
| 484. -Micron Technology Inc (Common) | | | | | Buy | 10/18/11 | J | | |
| 485. -Micron Technology Inc (Common) | | | | | Buy (add'l) | 10/25/11 | J | | |
| 486. -Micron Technology Inc (Common) | | | | | Buy (add'l) | 11/14/11 | J | | |
| 487. -Microsoft Corp (Common) | | | | | Sold (part) | 01/14/11 | J | A | |
| 488. -Microsoft Corp (Common) | | | | | Sold (part) | 01/21/11 | J | | |
| 489. -Microsoft Corp (Common) | | | | | Sold (part) | 02/02/11 | J | | |
| 490. -Microsoft Corp (Common) | | | | | Sold (part) | 03/08/11 | J | | |
| 491. -Microsoft Corp (Common) | | | | | Sold | 03/09/11 | J | A | |
| 492. -Monsanto Co (Common) | | | | | Buy (add'l) | 02/16/11 | J | | |
| 493. -Monsanto Co (Common) | | | | | Buy (add'l) | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -Monsanto Co (Common) | | | | | Buy (add'l) | 03/17/11 | J | | |
| 495.  -Monsanto Co (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 496.  -Monsanto Co (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 497.  -Monsanto Co (Common) | | | | | Sold (part) | 08/30/11 | J | A | |
| 498.  -Monsanto Co (Common) | | | | | Sold (part) | 11/04/11 | J | A | |
| 499.  -Moody's Corp (Common) | | | | | Buy | 03/31/11 | J | | |
| 500.  -Moody's Corp (Common) | | | | | Buy (add'l) | 06/08/11 | J | | |
| 501.  -Moody's Corp (Common) | | | | | Buy (add'l) | 08/30/11 | J | | |
| 502.  -Moody's Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 503.  -Moody's Corp (Common) | | | | | Sold (part) | 11/03/11 | J | | |
| 504.  -Morgan Stanley (Common) | | | | | Buy (add'l) | 12/05/11 | J | | |
| 505.  -Morgan Stanley (Common) | | | | | Sold (part) | 05/12/11 | J | | |
| 506.  -Motorola Solutions Inc (Common) | | | | | Buy | 3/29/11 | J | | |
| 507.  -Motorola Solutions Inc (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 508.  -Motorola Solutions Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 509.  -Motorola Solutions Inc (Common) | | | | | Sold (part) | 06/30/11 | J | A | |
| 510.  -Motorola Solutions Inc (Common) | | | | | Sold | 07/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  -Nabors Industries Ltd (Common) | | | | | Buy | 02/17/11 | J | | |
| 512.  -Nabors Industries Ltd (Common) | | | | | Buy (add'l) | 03/25/11 | J | | |
| 513.  -Nabors Industries Ltd (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 514.  -Nabors Industries Ltd (Common) | | | | | Sold | 08/05/11 | J | | |
| 515.  -NetApp Inc (Common) | | | | | Buy | 05/04/11 | J | | |
| 516.  -NetApp Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 517.  -NetApp Inc (Common) | | | | | Sold | 08/03/11 | J | | |
| 518.  -NetFlix Inc (Common) | | | | | Buy | 01/24/11 | J | | |
| 519.  -NetFlix Inc (Common) | | | | | Buy (add'l) | 01/25/11 | J | | |
| 520.  -NetFlix Inc (Common) | | | | | Sold (part) | 02/24/11 | J | A | |
| 521.  -NetFlix Inc (Common) | | | | | Sold | 03/10/11 | J | A | |
| 522.  -Newell Rubbermaid Inc (Common) | | | | | Buy | 10/27/11 | J | | |
| 523.  -Newfield Exploration Co (Common) | | | | | Sold (part) | 03/24/11 | J | A | |
| 524.  -Newfield Exploration Co (Common) | | | | | Sold (part) | 06/21/11 | J | A | |
| 525.  -Newfield Exploration Co (Common) | | | | | Sold | 06/28/11 | J | A | |
| 526.  -News Corp (Common) | | | | | Sold (part) | 03/07/11 | J | A | |
| 527.  -News Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -News Corp (Common) | | | | | Sold (part) | 07/18/11 | J | A | |
| 529. -News Corp (Common) | | | | | Sold (part) | 08/11/11 | J | A | |
| 530. -News Corp (Common) | | | | | Sold (part) | 08/19/11 | J | A | |
| 531. -News Corp (Common) | | | | | Sold | 09/02/11 | J | A | |
| 532. -Nexen Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 533. -Nexen Inc (Common) | | | | | Sold | 10/06/11 | J | | |
| 534. -Noble Energy Inc (Common) | | | | | Buy (add'l) | 03/11/11 | J | | |
| 535. -Noble Energy Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 536. -Noble Energy Inc (Common) | | | | | Sold (part) | 10/10/11 | J | A | |
| 537. -Noble Energy Inc (Common) | | | | | Sold (part) | 11/29/11 | J | A | |
| 538. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 539. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 08/11/11 | J | | |
| 540. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 09/13/11 | J | | |
| 541. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 10/19/11 | J | | |
| 542. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 10/25/11 | J | | |
| 543. -NV Energy (Common) | | | | | Buy | 08/18/11 | J | | |
| 544. -NV Energy (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Nvidia Corp (Common) | | | | | Buy (add'l) | 01/04/11 | J | | |
| 546. -Nvidia Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 547. -Nvidia Corp (Common) | | | | | Sold | 05/18/11 | J | B | |
| 548. -NVR Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 549. -NVR Inc (Common) | | | | | Sold (part) | 10/24/11 | J | A | |
| 550. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 03/04/11 | J | A | |
| 551. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 03/24/11 | J | A | |
| 552. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 08/03/11 | J | A | |
| 553. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 08/11/11 | J | A | |
| 554. -Occidental Petroleum Corp (Common) | | | | | Sold | 10/03/11 | J | A | |
| 555. -Office Depot Inc (Common) | | | | | Sold | 08/10/11 | J | A | |
| 556. -Oracle Corp (Common) | | | | | Buy (add'l) | 03/09/11 | J | | |
| 557. -Oracle Corp (Common) | | | | | Buy (add'l) | 03/23/11 | J | | |
| 558. -Oracle Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 559. -Oracle Corp (Common) | | | | | Buy (add'l) | 06/20/11 | J | | |
| 560. -Oracle Corp (Common) | | | | | Sold (part) | 09/08/11 | J | | |
| 561. -Parker Hannifin Corp (Common) | | | | | Sold (part) | 03/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Parker Hannifin Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 563. -Parker Hannifin Corp (Common) | | | | | Sold | 06/28/11 | J | A | |
| 564. -Pepsico Inc (Common) | | | | | Sold (part) | 02/14/11 | J | A | |
| 565. -Pepsico Inc (Common) | | | | | Buy (add'l) | 09/26/11 | J | | |
| 566. -Pepsico Inc (Common) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 567. -Pepsico Inc (Common) | | | | | Buy (add'l) | 11/18/11 | J | | |
| 568. -Pepsico Inc (Common) | | | | | Sold (part) | 12/19/11 | J | A | |
| 569. -Perrigo Inc (Common) | | | | | Buy | 11/07/11 | J | | |
| 570. -Perrigo Inc (Common) | | | | | Buy (add'l) | 11/30/11 | J | | |
| 571. -Pfizer Inc (Common) | | | | | Buy (add'l) | 04/13/11 | J | | |
| 572. -Pfizer Inc (Common) | | | | | Sold (part) | 02/16/11 | J | | |
| 573. -Pfizer Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 574. -Potash Corp of Saskatchewan (Common) | | | | | Buy (add'l) | 05/16/11 | J | | |
| 575. -Potash Corp of Saskatchewan (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 576. -Precision Castparts Corp (Common) | | | | | Buy | 06/14/11 | J | | |
| 577. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 08/04/11 | J | | |
| 578. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 11/02/11 | J | | |
| 580. -Proctor & Gamble Co (Common) | | | | | Buy | 03/14/11 | J | | |
| 581. -Proctor & Gamble Co (Common) | | | | | Buy (add'l) | 04/18/11 | J | | |
| 582. -Proctor & Gamble Co (Common) | | | | | Buy (add'l) | 05/03/11 | J | | |
| 583. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 584. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 08/16/11 | J | | |
| 585. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 11/01/11 | J | A | |
| 586. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 11/14/11 | J | A | |
| 587. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 06/04/11 | J | A | |
| 588. -PVH Corp (Common) | | | | | Buy | 10/21/11 | J | | |
| 589. -PVH Corp (Common) | | | | | Buy (add'l) | 10/25/11 | J | | |
| 590. -PVH Corp (Common) | | | | | Buy (add'l) | 12/21/11 | J | | |
| 591. -Qualcomm Inc (Common) | | | | | Buy | 01/31/11 | J | | |
| 592. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 02/14/11 | J | | |
| 593. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 594. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 03/22/11 | J | | |
| 595. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 07/07/11 | J | | |
| 597. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 07/18/11 | J | | |
| 598. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 08/18/11 | J | | |
| 599. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 11/18/11 | J | | |
| 600. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 601. -Raytheon Co (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 602. -Raytheon Co (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 603. -Raytheon Co (Common) | | | | | Sold | 08/16/11 | J | | |
| 604. -Reliance Steel & Aluminiun (Common) | | | | | Buy | 01/13/11 | J | | |
| 605. -Reliance Steel & Aluminiun (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 606. -Reliance Steel & Aluminiun (Common) | | | | | Sold | 07/20/11 | J | | |
| 607. -Riverbed Technology Inc (Common) | | | | | Buy | 02/04/11 | J | | |
| 608. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 02/25/11 | J | | |
| 609. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 04/27/11 | J | | |
| 610. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 05/09/11 | J | | |
| 611. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 612. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  -Riverbed Technology Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 614.  -Riverbed Technology Inc (Common) | | | | | Sold (part) | 07/26/11 | J | | |
| 615.  -Riverbed Technology Inc (Common) | | | | | Sold (part) | 08/23/11 | J | | |
| 616.  -Riverbed Technology Inc (Common) | | | | | Sold (part) | 10/21/11 | J | | |
| 617.  -Riverbed Technology Inc (Common) | | | | | Sold (part) | 12/07/11 | J | | |
| 618.  -Riverbed Technology Inc (Common) | | | | | Sold | 12/15/11 | J | A | |
| 619.  -Rockwell Automation (Common) | | | | | Buy | 01/20/11 | J | | |
| 620.  -Rockwell Automation (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 621.  -Rockwell Automation (Common) | | | | | Buy (add'l) | 08/17/11 | J | | |
| 622.  -Rockwell Automation (Common) | | | | | Buy (add'l) | 11/18/11 | J | | |
| 623.  -Rovi Corp (Common) | | | | | Buy (add'l) | 01/13/11 | J | | |
| 624.  -Rovi Corp (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 625.  -Rovi Corp (Common) | | | | | Buy (add'l) | 06/29/11 | J | | |
| 626.  -Rovi Corp (Common) | | | | | Sold | 11/10/11 | J | | |
| 627.  -Royal Caribbean Cruises Ltd (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 628.  -Royal Caribbean Cruises Ltd (Common) | | | | | Sold | 08/03/11 | J | A | |
| 629.  -Safeway Inc (Common) | | | | | Sold | 02/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -SalesForce.Com Inc (Common) | | | | | Buy | 12/02/11 | J | | |
| 631.  -Sara Lee Corp (Common) | | | | | Sold | 05/09/11 | J | B | |
| 632.  -Schlumberger Ltd (Common) | | | | | Sold (part) | 01/11/11 | J | | |
| 633.  -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/01/11 | J | A | |
| 634.  -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/03/11 | J | A | |
| 635.  -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/28/11 | J | A | |
| 636.  -Schlumberger Ltd (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 637.  -Schlumberger Ltd (Common) | | | | | Buy (add'l) | 08/17/11 | J | | |
| 638.  -Smithfield Food Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 639.  -Smithfield Food Inc (Common) | | | | | Sold (part) | 06/24/11 | J | A | |
| 640.  -Smithfield Food Inc (Common) | | | | | Sold | 11/04/11 | J | A | |
| 641.  -Southwestern Energy (Common) | | | | | Sold (part) | 01/18/11 | J | A | |
| 642.  -Southwestern Energy (Common) | | | | | Sold (part) | 01/21/11 | J | A | |
| 643.  -Southwestern Energy (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 644.  -Southwestern Energy (Common) | | | | | Sold | 07/27/11 | J | A | |
| 645.  -Sprint Nextel Corp (Common) | | | | | Sold (part) | 01/07/11 | J | A | |
| 646.  -Sprint Nextel Corp (Common) | | | | | Buy (add'l) | 03/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Sprint Nextel Corp (Common) | | | | | Buy (add'l) | 05/23/11 | J | | |
| 648. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 06/17/11 | J | | |
| 649. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 07/21/11 | J | A | |
| 650. -Sprint Nextel Corp (Common) | | | | | Sold | 08/09/11 | J | A | |
| 651. -Stanley Black & Decker Inc (Common) | | | | | Buy (add'l) | 04/12/11 | J | | |
| 652. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 08/24/11 | J | | |
| 653. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 09/12/11 | J | | |
| 654. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 09/23/11 | J | | |
| 655. -Stanley Black & Decker Inc (Common) | | | | | Sold | 09/29/11 | J | | |
| 656. -Starbucks Corp (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 657. -Starbucks Corp (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 658. -Starbucks Corp (Common) | | | | | Sold (part) | 08/30/11 | J | | |
| 659. -Starbucks Corp (Common) | | | | | Sold (part) | 10/28/11 | J | A | |
| 660. -Steel Dynamics Inc (Common) | | | | | Buy | 01/07/11 | J | | |
| 661. -Steel Dynamics Inc (Common) | | | | | Sold | 05/18/11 | J | | |
| 662. -Suncor Energy Inc (Common) | | | | | Sold (part) | 02/23/11 | J | A | |
| 663. -Suncor Energy Inc (Common) | | | | | Sold | 04/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Target Corp (Common) | | | | | Sold | 01/28/11 | J | A | |
| 665. -Tax-Aware Overlay A Portfolio | | | | | Buy | 05/18/11 | N | | |
| 666. -Tax-Aware Overlay A Portfolio | | | | | Sold (part) | 09/09/11 | J | | |
| 667. -Tax-Aware Overlay A Portfolio | | | | | Buy (add'l) | 12/31/11 | J | | |
| 668. -TE Connectivity fka Tyco Electronics (Common) | | | | | Sold | 04/28/11 | J | A | See note in Part VIII |
| 669. -Tesoro Corp (Common) | | | | | Buy | 02/17/11 | J | | |
| 670. -Tesoro Corp (Common) | | | | | Sold | 08/11/11 | J | | |
| 671. -Teva Pharmaceutical (Common) | | | | | Sold | 04/21/11 | J | A | |
| 672. -The Walt Disney Co (Common) | | | | | Sold (part) | 03/16/11 | J | A | |
| 673. -The Walt Disney Co (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 674. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 675. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 08/11/11 | J | | |
| 676. -The Walt Disney Co (Common) | | | | | Sold (part) | 10/11/11 | J | | |
| 677. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 678. -Time Warner Cable (Common) | | | | | Sold (part) | 02/15/11 | J | A | |
| 679. -Time Warner Cable (Common) | | | | | Sold (part) | 05/18/11 | J | B | |
| 680. -Time Warner Cable (Common) | | | | | Sold (part) | 06/15/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  -Time Warner Cable (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 682.  -Time Warner Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 683.  -Time Warner Inc (Common) | | | | | Sold | 06/03/11 | J | A | |
| 684.  -Transocean Ltd (Common) | | | | | Buy | 05/16/11 | J | | |
| 685.  -Transocean Ltd (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 686.  -Transocean Ltd (Common) | | | | | Buy (add'l) | 07/15/11 | J | | |
| 687.  -Transocean Ltd (Common) | | | | | Buy (add'l) | 08/03/11 | J | | |
| 688.  -Transocean Ltd (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 689.  -Travelers Cos Inc (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 690.  -Travelers Cos Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 691.  -Travelers Cos Inc (Common) | | | | | Buy (add'l) | 07/01/11 | J | | |
| 692.  -Travelers Cos Inc (Common) | | | | | Buy (add'l) | 08/29/11 | J | | |
| 693.  -TRW Automotive Holdings Corp (Common) | | | | | Buy | 05/23/11 | J | | |
| 694.  -TRW Automotive Holdings Corp (Common) | | | | | Buy (add'l) | 10/19/11 | J | | |
| 695.  -Tyco Electronics Ltd (Common) | | | | | Sold (part) | 02/17/11 | J | A | |
| 696.  -Tyco Electronics Ltd (Common) | | | | | Sold (part) | 03/04/11 | J | B | |
| 697.  -Tysons Foods (Common) | | | | | Buy | 05/03/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  -Tysons Foods (Common) | | | | | Sold (part) | 05/18/11 | J | | |
| 699.  -Tysons Foods (Common) | | | | | Buy | 06/29/11 | J | | |
| 700.  -United Parcel Service (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 701.  -United Parcel Service (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 702.  -United Technologies Corp (Common) | | | | | Buy | 07/25/11 | J | | |
| 703.  -United Technologies Corp (Common) | | | | | Sold | 10/19/11 | J | | |
| 704.  -UnitedHealth Group Inc (Common) | | | | | Buy | 06/16/11 | J | | |
| 705.  -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 06/17/11 | J | | |
| 706.  -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 707.  -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 708.  -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 09/19/11 | J | | |
| 709.  -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 710.  -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 711.  -Vertex Pharmaceuticals Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 712.  -Vertex Pharmaceuticals Inc (Common) | | | | | Sold | 05/20/11 | J | A | |
| 713.  -VF Corp (Common) | | | | | Buy | 08/03/11 | J | | |
| 714.  -Viacom Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Viacom Inc (Common) | | | | | Buy (add'l) | 06/08/11 | J | | |
| 716. -VISA Inc (Common) | | | | | Buy | 08/04/11 | J | | |
| 717. -Vodafone Group (Common) | | | | | Sold (part) | 03/04/11 | J | B | |
| 718. -Vodafone Group (Common) | | | | | Sold | 03/17/11 | J | A | |
| 719. -WellPoint Inc (Common) | | | | | Buy | 03/07/11 | J | | |
| 720. -WellPoint Inc (Common) | | | | | Buy (add'l) | 04/08/11 | J | | |
| 721. -WellPoint Inc (Common) | | | | | Buy (add'l) | 04/25/11 | J | | |
| 722. -WellPoint Inc (Common) | | | | | Buy (add'l) | 05/02/11 | J | | |
| 723. - WellPoint Inc (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 724. - WellPoint Inc (Common) | | | | | Sold (part) | 12/05/11 | J | | |
| 725. -Wells Fargo & Co (Common) | | | | | Sold (part) | 04/05/11 | J | | |
| 726. -Wells Fargo & Co (Common) | | | | | Sold (part) | 04/19/11 | J | A | |
| 727. -Wells Fargo & Co (Common) | | | | | Sold (part) | 04/28/11 | J | A | |
| 728. -Wells Fargo & Co (Common) | | | | | Sold (part) | 05/05/11 | J | A | |
| 729. -Wells Fargo & Co (Common) | | | | | Sold (part) | 05/18/11 | J | A | |
| 730. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 08/31/11 | J | | |
| 731. -Wells Fargo & Co (Common) | | | | | Sold (part) | 10/27/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -XL Group PLC (Common) | | | | | Sold | 01/05/11 | J | A | |
| 733. S2 | C | Int./Div. | N | T | | | | | |
| 734. -DFA Emerging Market Core Equity Fund | | | | | Sold | 09/20/11 | J | C | |
| 735. -DFA International Small Cap Value Fund | | | | | | | | | |
| 736. -DFA International Value Fund | | | | | | | | | |
| 737. -DFA US Large Cap Value | | | | | | | | | |
| 738. -DFA US Vector Equity Fund | | | | | | | | | |
| 739. -Greenfield Commercial Credit LLC | | | | | | | | | |
| 740. -Hennessy Focus 30 Fund | | | | | Sold (part) | 01/31/11 | J | A | |
| 741. -iShares S&P 500 Growth Index | | | | | Sold (part) | 01/26/11 | J | A | |
| 742. -Lincoln National (common) | | | | | | | | | |
| 743. -Marketfield Fund | | | | | | | | | |
| 744. -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 745. -Touchstone Sand Capital Inst Fund | | | | | Buy | 09/21/11 | J | | |
| 746. -Vanguard Emerging Market Fund | | | | | | | | | |
| 747. IRA1 | D | Int./Div. | N | T | | | | | |
| 748. -DFA Emerging Market Core Equity Fund | | | | | Buy (add'l) | 07/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  -DFA Emerging Market Core Equity Fund | | | | | Sold | 09/20/11 | J | | |
| 750.  -DFA International Small Cap Value Fund | | | | | Sold (part) | 01/31/11 | J | A | |
| 751.  -DFA International Small Cap Value Fund | | | | | Buy (add'l) | 07/26/11 | J | | |
| 752.  -DFA International Value Fund | | | | | Buy (add'l) | 07/26/11 | K | | |
| 753.  -DFA US Large Cap Value Fund | | | | | Sold | 07/26/11 | K | C | |
| 754.  -DFA US Vector Equity Fund | | | | | Sold (part) | 02/16/11 | K | B | |
| 755.  -DFA US Vector Equity Fund | | | | | Buy (add'l) | 07/26/11 | J | | |
| 756.  -Hodges Small Cap Fund | | | | | Sold (part) | 01/31/11 | J | B | |
| 757.  -Hodges Small Cap Fund | | | | | Buy (add'l) | 07/26/11 | J | | |
| 758.  -Hodges Small Cap Fund | | | | | Buy (add'l) | 08/11/11 | K | | |
| 759.  -Hussman Strategic Growth Fund | | | | | Buy (add'l) | 02/02/11 | J | | |
| 760.  -Hussman Strategic Growth Fund | | | | | Buy (add'l) | 07/28/11 | K | | |
| 761.  -Hussman Strategic Growth Fund | | | | | Sold (part) | 08/10/11 | K | A | |
| 762.  -iShares S&P 500 Growth Index Fund | | | | | Buy (add'l) | 02/17/11 | K | | |
| 763.  -iShares S&P 500 Growth Index Fund | | | | | Sold | 07/26/11 | L | B | |
| 764.  -iShares TR Russell 2000 Growth Index Fund | | | | | Sold (part) | 01/31/11 | J | A | |
| 765.  -iShares TR Russell 2000 Growth Index Fund | | | | | Buy (add'l) | 07/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Marketfield Fund | | | | | Buy (add'l) | 02/01/11 | J | | |
| 767. -Marketfield Fund | | | | | Buy (add'l) | 07/28/11 | K | | |
| 768. -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 07/26/11 | J | | |
| 769. -Touchstone Sands Capital Inst Fund | | | | | Buy | 08/11/11 | K | | |
| 770. -Touchstone Sands Capital Inst Fund | | | | | Buy (add'l) | 09/21/11 | K | | |
| 771. -Vanguard Emerging Market Fund | | | | | Sold (part) | 01/31/11 | K | A | |
| 772. -Vanguard Emerging Market Fund | | | | | Buy (add'l) | 07/26/11 | J | | |
| 773. IRA2 | A | Int./Div. | L | T | | | | | |
| 774. -DFA International Value Fund | | | | | | | | | |
| 775. -Marketfield Fund | | | | | | | | | |
| 776. -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 777. FR1 | A | Int./Div. | | | Closed | 01/11/11 | L | | See note in Part VIII |
| 778. -DFA International Value Fund | | | | | | | | | |
| 779. -DFA US Vector Equity | | | | | | | | | |
| 780. -Fidelity Cash Reserves Fund | | | | | | | | | |
| 781. -Hennessy Focus 30 Fund | | | | | | | | | |
| 782. -Hodges Small Cap | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  -Hussman Strategic Growth Fund | | | | | | | | | |
| 784.  -iShares S&P 500/Barra Growth Fund | | | | | | | | | |
| 785.  -Lincoln National (common) | | | | | | | | | |
| 786.  -Marketfield Fund | | | | | | | | | |
| 787.  -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 788.  -Pimco Investment Grade Corp Bd Instl Fund | | | | | Sold | 05/16/11 | J | | |
| 789.  FR2 | A | Int./Div. | | | Closed | 07/27/11 | N | | See note in Part VIII |
| 790.  -CUB Investment Partnership | | | | | | | | | |
| 791.  -DFA Emerging Market Core Equity | | | | | Sold (part) | 01/20/11 | J | A | |
| 792.  -DFA Emerging Market Core Equity | | | | | Sold | 04/04/11 | K | D | |
| 793.  -DFA International Small Cap Value Fund | | | | | Sold | 04/04/11 | K | C | |
| 794.  -DFA International Value Fund | | | | | Sold | 04/04/11 | K | D | |
| 795.  -DFA US Large Cap Value Fund | | | | | Sold | 04/04/11 | K | D | |
| 796.  -DFA US Vector Equity Fund | | | | | Sold | 04/04/11 | L | D | |
| 797.  -Greenfield Commercial Credit (common) | | | | | | | | | |
| 798.  -Hennessy Focus 30 Fund | | | | | Sold | 04/04/11 | K | C | |
| 799.  -Hodges Small Cap Fund | | | | | Sold (part) | 01/20/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.   -Hodges Small Cap Fund | | | | | Sold | 04/04/11 | K | D | |
| 801.   -Hussman Strategic Growth Fund | | | | | Buy (add'l) | 01/20/11 | J | | |
| 802.   -Hussman Strategic Growth Fund | | | | | Sold | 04/04/11 | K | | |
| 803.   -iShares S&P 500/Barra Growth Index Fund | | | | | Sold | 04/04/11 | K | C | |
| 804.   -iShares TR Russell 2000 Growth Index Fund | | | | | Sold | 04/04/11 | K | C | |
| 805.   -Lincoln National (common) | | | | | | | | | |
| 806.   -Marketfield Fund | | | | | Sold | 04/04/11 | K | D | |
| 807.   -Matthews Asian Growth and Income Fund | | | | | Sold | 04/04/11 | K | D | |
| 808.   -Vanguard Emerging Market Fund | | | | | Sold | 04/04/11 | K | C | |
| 809.   FR3 | D | Int./Div. | | | Closed | 01/11/11 | N | | See note in Part VIII |
| 810.   -BP PLC Sponsored ADR | | | | | | | | | |
| 811.   -Lincoln National (common) | | | | | | | | | |
| 812.   -Nisource (common) | | | | | | | | | |
| 813.   -Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | |
| 814.   -Fidelity Fund (MM) | | | | | | | | | |
| 815.   FR 4 | C | Dividend | P1 | T | | | | | |
| 816.   -Accenture PLC (Common) | | | | | Buy (add'l) | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Accenture PLC (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 818. -Accenture PLC (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 819. -Accenture PLC (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 820. -Accenture PLC (Common) | | | | | Sold (part) | 06/21/11 | J | A | |
| 821. -Accenture PLC (Common) | | | | | Sold (part) | 10/05/11 | J | A | |
| 822. -Accenture PLC (Common) | | | | | Sold (part) | 12/15/11 | J | A | |
| 823. -Accenture PLC (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 824. -Ace Ltd (Common) | | | | | Sold | 04/25/11 | J | B | |
| 825. -Agrium Inc (Common) | | | | | Sold | 02/02/11 | J | B | |
| 826. -Alcoa Inc (Common) | | | | | Buy (add'l) | 08/30/11 | J | | |
| 827. -Alcoa Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 828. -Alcoa Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 829. -Alcoa Inc (Common) | | | | | Sold (part) | 10/04/11 | J | | |
| 830. -Alcoa Inc (Common) | | | | | Sold | 10/05/11 | J | | |
| 831. -Alcon Inc (Common) | | | | | Sold (part) | 01/05/11 | J | A | |
| 832. -Alcon Inc (Common) | | | | | Sold (part) | 01/10/11 | J | A | |
| 833. -Alcon Inc (Common) | | | | | Sold (part) | 01/13/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Alcon Inc (Common) | | | | | Sold (part) | 02/10/11 | J | A | |
| 835. -Alcon Inc (Common) | | | | | Sold (part) | 02/23/11 | J | A | |
| 836. -Alcon Inc (Common) | | | | | Sold (part) | 03/04/11 | J | B | |
| 837. -Alcon Inc (Common) | | | | | Sold | 03/22/11 | J | C | |
| 838. -Allergan Inc (Common) | | | | | Buy (add'l) | 02/11/11 | J | | |
| 839. -Allergan Inc (Common) | | | | | Buy (add'l) | 03/11/11 | J | | |
| 840. -Allergan Inc (Common) | | | | | Sold (part) | 05/10/11 | J | B | |
| 841. -Allergan Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 842. -Alliance Bernstein Cash Fund | | | | | | | | | |
| 843. -Altria Group Inc (Common) | | | | | Sold (part) | 02/02/11 | J | A | |
| 844. -Altria Group Inc (Common) | | | | | Buy (add'l) | 03/24/11 | J | | |
| 845. -Altria Group Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 846. -Altria Group Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 847. -Altria Group Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 848. -Altria Group Inc (Common) | | | | | Sold (part) | 11/30/11 | J | A | |
| 849. -Amazon Com Inc (Common) | | | | | Buy (add'l) | 02/25/11 | J | | |
| 850. -Amazon Com Inc (Common) | | | | | Buy (add'l) | 03/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -Amazon Com Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 852.  -Amazon Com Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 853.  -Amazon Com Inc (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 854.  -Anadarko Petroleum Corp (Common) | | | | | Buy | 06/07/11 | J | | |
| 855.  -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 06/14/11 | J | | |
| 856.  -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 07/01/11 | J | | |
| 857.  -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 07/22/11 | J | | |
| 858.  -Anadarko Petroleum Corp (Common) | | | | | Buy (add'l) | 08/04/11 | J | | |
| 859.  -Anadarko Petroleum Corp (Common) | | | | | Sold (part) | 09/30/11 | J | | |
| 860.  -Aon Corp (Common) | | | | | Buy | 01/03/11 | J | | |
| 861.  -Aon Corp (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 862.  -Aon Corp (Common) | | | | | Buy (add'l) | 02/18/11 | J | | |
| 863.  -Aon Corp (Common) | | | | | Sold (part) | 04/15/11 | J | | |
| 864.  -Aon Corp (Common) | | | | | Sold | 04/25/11 | J | B | |
| 865.  -Apollo Group Inc (Common) | | | | | Buy | 12/20/11 | J | | |
| 866.  -Apple Inc (Common) | | | | | Sold (part) | 02/18/11 | J | C | |
| 867.  -Apple Inc (Common) | | | | | Sold (part) | 04/25/11 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Apple Inc (Common) | | | | | Sold (part) | 05/02/11 | J | C | |
| 869. -Apple Inc (Common) | | | | | Sold (part) | 05/10/11 | J | C | |
| 870. -Apple Inc (Common) | | | | | Sold (part) | 05/16/11 | J | B | |
| 871. -Apple Inc (Common) | | | | | Sold (part) | 05/23/11 | K | E | |
| 872. -Apple Inc (Common) | | | | | Sold (part) | 09/27/11 | J | B | |
| 873. -Apple Inc (Common) | | | | | Sold (part) | 09/29/11 | J | B | |
| 874. -Apple Inc (Common) | | | | | Buy (add'l) | 11/21/11 | J | | |
| 875. -Applied Materials Inc (Common) | | | | | Buy | 7/27/11 | J | | |
| 876. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 10/11/11 | J | | |
| 877. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 10/21/11 | J | | |
| 878. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 879. -Applied Materials Inc (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 880. -Archer-Daniels Midland Co (Common) | | | | | Buy (add'l) | 02/16/11 | J | | |
| 881. -Archer-Daniels Midland Co (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 882. -Archer-Daniels Midland Co (Common) | | | | | Sold | 05/16/11 | J | A | |
| 883. -Aruba Networks Inc (Common) | | | | | Buy | 07/25/11 | J | | |
| 884. -Aruba Networks Inc (Common) | | | | | Buy (add'l) | 10/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Aruba Networks Inc (Common) | | | | | Sold (part) | 10/24/11 | J | A | |
| 886. -Aruba Networks Inc (Common) | | | | | Sold | 11/14/11 | J | | |
| 887. -Astrazeneca PLC (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 888. -Astrazeneca PLC (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 889. -AT&T Inc (Common) | | | | | Sold (part) | 01/07/11 | J | B | |
| 890. -AT&T Inc (Common) | | | | | Buy (add'l) | 03/08/11 | J | | |
| 891. -AT&T Inc (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 892. -AT&T Inc (Common) | | | | | Buy (add'l) | 04/01/11 | J | | |
| 893. -AT&T Inc (Common) | | | | | Buy (add'l) | 04/05/11 | J | | |
| 894. -AT&T Inc (Common) | | | | | Buy (add'l) | 04/07/11 | J | | |
| 895. -AT&T Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 896. -AT&T Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 897. -AT&T Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 898. -AT&T Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 899. -AT&T Inc (Common) | | | | | Sold (part) | 07/15/11 | J | A | |
| 900. -AT&T Inc (Common) | | | | | Sold (part) | 07/21/11 | J | A | |
| 901. -AT&T Inc (Common) | | | | | Sold (part) | 07/28/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -AT&T Inc (Common) | | | | | Sold (part) | 10/26/11 | J | A | |
| 903. -AT&T Inc (Common) | | | | | Buy (add'l) | 11/23/11 | J | | |
| 904. -BB&T Corp (Common) | | | | | Sold | 04/12/11 | J | A | |
| 905. -Bernstein Diversified Municipal Portfolio | | | | | Buy | 05/23/11 | J | | |
| 906. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 05/24/11 | J | | |
| 907. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 12/14/11 | J | | |
| 908. -Bernstein Emerging Markets Portfolio | | | | | Sold (part) | 04/25/11 | K | | |
| 909. -Bernstein Emerging Markets Portfolio | | | | | Sold (part) | 05/02/11 | J | | |
| 910. -Bernstein Emerging Markets Portfolio | | | | | Sold (part) | 05/23/11 | L | | |
| 911. -Bernstein Emerging Markets Portfolio | | | | | Buy (add'l) | 12/14/11 | J | | |
| 912. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/10/11 | J | | |
| 913. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/19/11 | J | | |
| 914. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 02/15/11 | J | | |
| 915. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 03/09/11 | J | | |
| 916. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 03/21/11 | J | | |
| 917. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 03/31/11 | J | | |
| 918. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/02/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/09/11 | L | | |
| 920. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/16/11 | L | | |
| 921. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/23/11 | M | | |
| 922. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 06/27/11 | J | | |
| 923. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/01/11 | J | | |
| 924. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/06/11 | J | | |
| 925. -Boeing Co (Common) | | | | | Buy | 11/02/11 | J | | |
| 926. -Boeing Co (Common) | | | | | Buy (add'l) | 11/09/11 | J | | |
| 927. -Boeing Co (Common) | | | | | Buy (add'l) | 11/11/11 | J | | |
| 928. -Boeing Co (Common) | | | | | Buy (add'l) | 11/29/11 | J | | |
| 929. -Borgwarner Inc (Common) | | | | | Buy | 02/11/11 | J | | |
| 930. -Borgwarner Inc (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 931. -Borgwarner Inc (Common) | | | | | Buy (add'l) | 03/23/11 | J | | |
| 932. -Borgwarner Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 933. -Borgwarner Inc (Common) | | | | | Buy (add'l) | 06/23/11 | J | | |
| 934. -Borgwarner Inc (Common) | | | | | Sold (part) | 10/28/11 | J | A | |
| 935. -BP PL-Spons ADR (Common) | | | | | Buy | 08/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -BP PL-Spons ADR (Common) | | | | | Buy (add'l) | 09/15/11 | J | | |
| 937. -BP PL-Spons ADR (Common) | | | | | Buy (add'l) | 10/06/11 | J | | |
| 938. -BP PL-Spons ADR (Common) | | | | | Buy (add'l) | 10/10/11 | J | | |
| 939. -BP PL-Spons ADR (Common) | | | | | Buy (add'l) | 10/11/11 | J | | |
| 940. -BP PL-Spons ADR (Common) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 941. -Broadcom Corp (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |
| 942. -Broadcom Corp (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 943. -Broadcom Corp (Common) | | | | | Buy (add'l) | 04/28/11 | J | | |
| 944. -Broadcom Corp (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 945. -Broadcom Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 946. -Bunge Ltd (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 947. -Bunge Ltd (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 948. -Bunge Ltd (Common) | | | | | Buy (add'l) | 06/08/11 | J | | |
| 949. -Bunge Ltd (Common) | | | | | Buy (add'l) | 06/21/11 | J | | |
| 950. -Bunge Ltd (Common) | | | | | Sold (part) | 08/03/11 | J | | |
| 951. -Bunge Ltd (Common) | | | | | Sold (part) | 09/08/11 | J | | |
| 952. -Bunge Ltd (Common) | | | | | Sold (part) | 10/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -Bunge Ltd (Common) | | | | | Sold | 10/10/11 | J | A | |
| 954. -Cablevision Sys Corp (Common) | | | | | Sold (part) | 01/04/11 | J | B | |
| 955. -Cablevision Sys Corp (Common) | | | | | Sold | 02/14/11 | J | B | |
| 956. -Cameron International Corp (Common) | | | | | Buy (add'l) | 01/14/11 | J | | |
| 957. -Cameron International Corp (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 958. -Cameron International Corp (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 959. -Cameron International Corp (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 960. -Cameron International Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 961. -Cameron International Corp (Common) | | | | | Sold | 05/26/11 | J | A | |
| 962. -Capital One Financial Corp (Common) | | | | | Sold (part) | 03/07/11 | J | A | |
| 963. -Capital One Financial Corp (Common) | | | | | Sold | 04/06/11 | J | B | |
| 964. -Carnival Corp (Common) | | | | | Buy (add'l) | 03/14/11 | J | | |
| 965. -Carnival Corp (Common) | | | | | Sold (part) | 03/29/11 | J | | |
| 966. -Carnival Corp (Common) | | | | | Sold | 04/11/11 | J | | |
| 967. -CB Richard Ellis Group Inc (Common) | | | | | Buy | 08/01/11 | J | | |
| 968. -CB Richard Ellis Group Inc (Common) | | | | | Buy | 09/21/11 | J | | |
| 969. -Celgene Corp (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970.  -Celgene Corp (Common) | | | | | Buy (add'l) | 03/03/11 | J | | |
| 971.  -Celgene Corp (Common) | | | | | Buy (add'l) | 03/31/11 | J | | |
| 972.  -Celgene Corp (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 973.  -Celgene Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 974.  -Celgene Corp (Common) | | | | | Sold (part) | 09/20/11 | J | A | |
| 975.  -Celgene Corp (Common) | | | | | Sold (part) | 10/20/11 | J | A | |
| 976.  -Celgene Corp (Common) | | | | | Sold (part) | 10/26/11 | J | A | |
| 977.  -Celgene Corp (Common) | | | | | Sold (part) | 11/10/11 | J | A | |
| 978.  -Celgene Corp (Common) | | | | | Sold (part) | 12/13/11 | J | A | |
| 979.  -Celgene Corp (Common) | | | | | Sold (part) | 12/14/11 | J | A | |
| 980.  -Centerpoint Energy Inc (Common) | | | | | Buy | 10/25/11 | J | | |
| 981.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 04/18/11 | J | | |
| 982.  -Centurylink Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 983.  -Centurylink Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 984.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 08/11/11 | J | | |
| 985.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 09/14/11 | J | | |
| 986.  -Centurylink Inc (Common) | | | | | Buy (add'l) | 10/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -CF Industries Holdings Inc (Common) | | | | | Sold | 01/31/11 | J | C | |
| 988. -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/10/11 | J | | |
| 989. -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/14/11 | J | | |
| 990. -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/16/11 | J | | |
| 991. -Cisco Systems Inc (Common) | | | | | Sold (part) | 02/24/11 | J | | |
| 992. -Cisco Systems Inc (Common) | | | | | Sold (part) | 03/17/11 | J | | |
| 993. -Cisco Systems Inc (Common) | | | | | Sold (part) | 04/04/11 | J | | |
| 994. -Cisco Systems Inc (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 995. -CIT Group Inc (Common) | | | | | Buy | 12/12/11 | J | | |
| 996. -Citigroup Inc (Common) | | | | | Buy | 02/18/11 | J | | |
| 997. -Citigroup Inc (Common) | | | | | Buy (add'l) | 02/23/11 | J | | |
| 998. -Citigroup Inc (Common) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 999. -Citigroup Inc (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 1000. -Citigroup Inc (Common) | | | | | Buy (add'l) | 04/15/11 | J | | |
| 1001. -Citigroup Inc (Common) | | | | | Buy (add'l) | 04/19/11 | J | | |
| 1002. -Citigroup Inc (Common) | | | | | Buy (add'l) | 05/02/11 | J | | |
| 1003. -Citigroup Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Citigroup Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1005. -Citigroup Inc (Common) | | | | | Buy (add'l) | 07/21/11 | J | | |
| 1006. -Citigroup Inc (Common) | | | | | Buy (add'l) | 07/22/11 | J | | |
| 1007. -Citigroup Inc (Common) | | | | | Buy (add'l) | 07/29/11 | J | | |
| 1008. -Citigroup Inc (Common) | | | | | Buy (add'l) | 10/26/11 | J | | |
| 1009. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 02/25/11 | J | | |
| 1010. -Citrix Systems Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1011. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 05/12/11 | J | | |
| 1012. -Citrix Systems Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1013. -Citrix Systems Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1014. -Citrix Systems Inc (Common) | | | | | Buy (add'l) | 06/20/11 | J | | |
| 1015. -Citrix Systems Inc (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 1016. -Cliffs Natural Resources Inc (Common) | | | | | Sold | 02/17/11 | J | C | |
| 1017. -CME Group Inc (Common) | | | | | Sold (part) | 01/28/11 | J | | |
| 1018. -CME Group Inc (Common) | | | | | Sold (part) | 02/18/11 | J | | |
| 1019. -CME Group Inc (Common) | | | | | Sold (part) | 03/03/11 | J | | |
| 1020. -CME Group Inc (Common) | | | | | Sold | 03/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -CMS Energy Corp (Common) | | | | | Buy | 08/22/11 | J | | |
| 1022. -CMS Energy Corp (Common) | | | | | Buy (add'l) | 10/25/11 | J | | |
| 1023. -Comcast Corp (Common) | | | | | Buy | 01/10/11 | J | | |
| 1024. -Comcast Corp (Common) | | | | | Buy (add'l) | 02/28/11 | J | | |
| 1025. -Comcast Corp (Common) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 1026. -Comcast Corp (Common) | | | | | Buy (add'l) | 03/18/11 | J | | |
| 1027. -Comcast Corp (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 1028. -Comcast Corp (Common) | | | | | Buy (add'l) | 04/05/11 | J | | |
| 1029. -Comcast Corp (Common) | | | | | Buy (add'l) | 04/20/11 | J | | |
| 1030. -Comcast Corp (Common) | | | | | Sold (part) | 02/11/11 | J | A | |
| 1031. -Comcast Corp (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1032. -Comcast Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1033. -Comcast Corp (Common) | | | | | Sold (part) | 05/16/11 | J | B | |
| 1034. -Comcast Corp (Common) | | | | | Sold (part) | 05/16/11 | J | B | |
| 1035. -Comcast Corp (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1036. -Comcast Corp (Common) | | | | | Sold (part) | 05/27/11 | J | A | |
| 1037. -Comcast Corp (Common) | | | | | Sold (part) | 11/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Commerical Metals Co (Common) | | | | | Sold | 05/23/11 | J | | |
| 1039. -Conocophillips (Common) | | | | | Buy (add'l) | 04/13/11 | J | | |
| 1040. -Conocophillips (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1041. -Conocophillips (Common) | | | | | Buy (add'l) | 06/24/11 | J | | |
| 1042. -Conocophillips (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 1043. -Conocophillips (Common) | | | | | Buy (add'l) | 08/29/11 | J | | |
| 1044. -Conocophillips (Common) | | | | | Buy (add'l) | 09/01/11 | J | | |
| 1045. -Conocophillips (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 1046. -Conocophillips (Common) | | | | | Sold (part) | 12/05/11 | J | C | |
| 1047. -Conocophillips (Common) | | | | | Sold (part) | 12/19/11 | J | A | |
| 1048. -Constellation Brands Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1049. -Constellation Brands Inc (Common) | | | | | Sold (part) | 06/16/11 | J | A | |
| 1050. -Constellation Energy Group (Common) | | | | | Sold | 02/09/11 | J | | |
| 1051. -Cooper Industries PLC (Common) | | | | | Sold (part) | 02/01/11 | J | B | |
| 1052. -Cooper Industries PLC (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 1053. -Cooper Industries PLC (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1054. -Cooper Industries PLC (Common) | | | | | Sold (part) | 05/23/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Cooper Industries PLC (Common) | | | | | Sold (part) | 07/14/11 | J | A | |
| 1056. -Cooper Industries PLC (Common) | | | | | Sold (part) | 07/27/11 | J | A | |
| 1057. -Cooper Industries PLC (Common) | | | | | Sold | 07/29/11 | J | A | |
| 1058. -Corning Inc (Common) | | | | | Buy (add'l) | 08/23/11 | J | | |
| 1059. -Corning Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1060. -Corning Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1061. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 03/16/11 | J | B | |
| 1062. -Costco Wholesale Corp (Common) | | | | | Sold | 03/21/11 | J | B | |
| 1063. -Covidien PLC (Common) | | | | | Buy | 05/20/11 | J | | |
| 1064. --Covidien PLC (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1065. -Covidien PLC (Common) | | | | | Buy (add'l) | 07/19/11 | J | | |
| 1066. -Covidien PLC (Common) | | | | | Buy (add'l) | 07/26/11 | J | | |
| 1067. -Covidien PLC (Common) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 1068. -Covidien PLC (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 1069. -Danaher Corp (Common) | | | | | Buy (add'l) | 03/14/11 | J | | |
| 1070. -Danaher Corp (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1071. -Danaher Corp (Common) | | | | | Sold (part) | 05/10/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Danaher Corp (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1073. -Danaher Corp (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 1074. -Deere & Co (Common) | | | | | Sold (part) | 02/15/11 | J | B | |
| 1075. -Deere & Co (Common) | | | | | Sold (part) | 02/16/11 | J | B | |
| 1076. -Deere & Co (Common) | | | | | Sold | 03/03/11 | J | A | |
| 1077. -Dell Inc (Common) | | | | | Sold (part) | 04/25/11 | J | B | |
| 1078. -Dell Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1079. -Dell Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1080. -Dell Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1081. -Dell Inc (Common) | | | | | Sold (part) | 07/21/11 | J | A | |
| 1082. -Dell Inc (Common) | | | | | Sold (part) | 10/24/11 | J | A | |
| 1083. -Delta Air Lines Inc (Common) | | | | | Buy (add'l) | 02/14/11 | J | | |
| 1084. -Delta Air Lines Inc (Common) | | | | | Buy (add'l) | 06/30/11 | J | | |
| 1085. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 03/07/11 | J | | |
| 1086. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 03/16/11 | J | | |
| 1087. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1088. -Delta Air Lines Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 05/02/11 | J | A | |
| 1090. -Devon Energy Corp (Common) | | | | | Buy<br>(add'l) | 02/10/11 | J | | |
| 1091. -Devon Energy Corp (Common) | | | | | Buy<br>(add'l) | 02/24/11 | J | | |
| 1092. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 05/02/11 | J | A | |
| 1093. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 05/16/11 | J | | |
| 1094. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 05/23/11 | J | B | |
| 1095. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 06/07/11 | J | B | |
| 1096. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 08/02/11 | J | A | |
| 1097. -Devon Energy Corp (Common) | | | | | Sold<br>(part) | 11/29/11 | J | | |
| 1098. -DirecTV (Common) | | | | | Buy<br>(add'l) | 01/06/11 | J | | |
| 1099. -DirecTV (Common) | | | | | Buy<br>(add'l) | 01/10/11 | J | | |
| 1100. -DirecTV (Common) | | | | | Sold<br>(part) | 04/18/11 | J | A | |
| 1101. -DirecTV (Common) | | | | | Sold<br>(part) | 04/28/11 | J | A | |
| 1102. -DirecTV (Common) | | | | | Sold<br>(part) | 05/10/11 | J | A | |
| 1103. -DirecTV (Common) | | | | | Sold<br>(part) | 05/23/11 | J | A | |
| 1104. -Dollar General Corp (Common) | | | | | Buy | 09/09/11 | J | | |
| 1105. -Dollar General Corp (Common) | | | | | Buy<br>(add'l) | 09/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Dollar General Corp (Common) | | | | | Buy (add'l) | 11/21/11 | J | | |
| 1107. -Dow Chemical (Common) | | | | | Buy (add'l) | 01/06/11 | J | | |
| 1108. -Dow Chemical (Common) | | | | | Buy (add'l) | 01/11/11 | J | | |
| 1109. --Dow Chemical (Common) | | | | | Buy (add'l) | 02/03/11 | J | | |
| 1110. -Dow Chemical (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1111. -Dow Chemical (Common) | | | | | Sold (part) | 05/10/11 | J | B | |
| 1112. -Dow Chemical (Common) | | | | | Sold (part) | 05/16/11 | K | C | |
| 1113. -Dow Chemical (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1114. -Dow Chemical (Common) | | | | | Sold (part) | 08/26/11 | J | | |
| 1115. -DTE Energy Co (Common) | | | | | Buy | 03/11/11 | J | | |
| 1116. -DTE Energy Co (Common) | | | | | Buy (add'l) | 03/15/11 | J | | |
| 1117. -DTE Energy Co (Common) | | | | | Buy (add'l) | 03/21/11 | J | | |
| 1118. -DTE Energy Co (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1119. -DTE Energy Co (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1120. -DTE Energy Co (Common) | | | | | Sold (part) | 06/21/11 | J | A | |
| 1121. -DTE Energy Co (Common) | | | | | Sold (part) | 06/23/11 | J | A | |
| 1122. -DTE Energy Co (Common) | | | | | Sold | 08/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -Eaton Corp (Common) | | | | | Sold (part) | 02/23/11 | J | A | |
| 1124. -Eaton Corp (Common) | | | | | Sold (part) | 02/25/11 | J | A | |
| 1125. -Eaton Corp (Common) | | | | | Sold | 04/04/11 | J | A | |
| 1126. -Edison Intenational (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 1127. -Edison Intenational (Common) | | | | | Sold (part) | 05/09/11 | J | A | |
| 1128. -Edison Intenational (Common) | | | | | Sold | 05/16/11 | J | A | |
| 1129. -EMC Corp (Common) | | | | | Sold (part) | 01/19/11 | J | B | |
| 1130. -EMC Corp (Common) | | | | | Sold (part) | 04/25/11 | J | C | |
| 1131. -EMC Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1132. -EMC Corp (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 1133. -EMC Corp (Common) | | | | | Sold (part) | 07/20/11 | J | A | |
| 1134. -Emerson Electric Co (Common) | | | | | Buy | 02/02/11 | J | | |
| 1135. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1136. -Emerson Electric Co (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 1137. -Emerson Electric Co (Common) | | | | | Sold | 03/28/11 | K | | |
| 1138. -Ensco PLC (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1139. -Ensco PLC (Common) | | | | | Sold (part) | 03/08/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -Ensco PLC (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1141. -Ensco PLC (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1142. -Ensco PLC (Common) | | | | | Sold | 07/20/11 | J | B | |
| 1143. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 1144. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 07/20/11 | J | | |
| 1145. -EOG Resources Inc (Common) | | | | | Sold (part) | 05/09/11 | J | A | |
| 1146. -EOG Resources Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1147. -EOG Resources Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1148. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 07/26/11 | J | | |
| 1149. -Estee Lauder Cos (Common) | | | | | Buy | 10/06/11 | J | | |
| 1150. -Estee Lauder Cos (Common) | | | | | Sold (part) | 11/18/11 | J | A | |
| 1151. -Express Scripts Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1152. -Express Scripts Inc (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 1153. -Express Scripts Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1154. -Express Scripts Inc (Common) | | | | | Sold (part) | 07/25/11 | J | A | |
| 1155. -Fifth Third Bancorp (Common) | | | | | Sold | 02/15/11 | J | A | |
| 1156. -Flowserve Corp (Common) | | | | | Buy (add'l) | 04/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Flowserve Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1158. -FMC Technologies (Common) | | | | | Buy | 05/26/11 | J | | |
| 1159. -FMC Technologies (Common) | | | | | Buy (add'l) | 08/04/11 | J | | |
| 1160. -FMC Technologies (Common) | | | | | Buy (add'l) | 11/03/11 | J | | |
| 1161. -Freeport-McMoran Copper (Common) | | | | | Sold | 02/14/11 | J | C | |
| 1162. -Gamestop Corp (Common) | | | | | Buy | 04/20/11 | J | | |
| 1163. -Gamestop Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1164. -Gannett Co (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1165. -Gannett Co (Common) | | | | | Buy (add'l) | 09/22/11 | J | | |
| 1166. -Gannett Co (Common) | | | | | Buy (add'l) | 11/23/11 | J | | |
| 1167. -Gap Inc (Common) | | | | | Sold (part) | 01/25/11 | J | | |
| 1168. -Gap Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1169. -Gap Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1170. -Gap Inc (Common) | | | | | Sold | 08/04/11 | J | | |
| 1171. -Garmin Ltd (Common) | | | | | Sold (part) | 03/25/11 | J | | |
| 1172. -Garmin Ltd (Common) | | | | | Sold | 03/30/11 | J | A | |
| 1173. -General Electric Co (Common) | | | | | Sold (part) | 05/02/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -General Electric Co (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1175. -General Electric Co (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1176. -General Electric Co (Common) | | | | | Buy (add'l) | 06/21/11 | J | | |
| 1177. -General Electric Co (Common) | | | | | Buy (add'l) | 06/22/11 | J | | |
| 1178. -General Electric Co (Common) | | | | | Sold (part) | 05/02/11 | J | | |
| 1179. -General Mills Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1180. -General Mills Inc (Common) | | | | | Buy (add'l) | 05/13/11 | J | | |
| 1181. -General Mills Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1182. -General Mills Inc (Common) | | | | | Buy (add'l) | 09/02/11 | J | | |
| 1183. -General Mills Inc (Common) | | | | | Buy (add'l) | 09/07/11 | J | | |
| 1184. -General Mills Inc (Common) | | | | | Buy (add'l) | 10/21/11 | J | | |
| 1185. -General Mills Inc (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 1186. -General Motors Co (Common) | | | | | Sold | 01/31/11 | J | A | |
| 1187. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 02/18/11 | J | A | |
| 1188. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1189. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1190. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1192. -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 1193. -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 08/18/11 | J | | |
| 1194. -Gilead Sciences Inc (Common) | | | | | Sold (part) | 11/22/11 | J | A | |
| 1195. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 01/12/11 | J | | |
| 1196. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1197. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 1198. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 03/25/11 | J | | |
| 1199. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1200. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1201. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 1202. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/12/11 | J | | |
| 1203. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1204. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1205. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1206. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 09/15/11 | J | | |
| 1207. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 11/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 11/17/11 | J | | |
| 1209. -Goodrich Corp (Common) | | | | | Sold (part) | 03/11/11 | J | | |
| 1210. -Goodrich Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1211. -Goodrich Corp (Common) | | | | | Sold (part) | 08/03/11 | J | | |
| 1212. -Goodrich Corp (Common) | | | | | Sold (part) | 10/31/11 | J | | |
| 1213. -Google Inc (Common) | | | | | Sold (part) | 01/24/11 | J | A | |
| 1214. -Google Inc (Common) | | | | | Buy (add'l) | 03/23/11 | J | | |
| 1215. -Google Inc (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 1216. -Google Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1217. -Google Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1218. -Google Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1219. -Google Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1220. -Google Inc (Common) | | | | | Sold (part) | 05/23/11 | K | A | |
| 1221. -Google Inc (Common) | | | | | Sold (part) | 09/01/11 | J | A | |
| 1222. -Hansen Natural Corp (Common) | | | | | Buy | 01/11/11 | J | | |
| 1223. -Hansen Natural Corp (Common) | | | | | Sold (part) | 01/27/11 | J | A | |
| 1224. -Hansen Natural Corp (Common) | | | | | Sold | 02/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Harley Davidson Inc (Common) | | | | | Buy | 10/26/11 | J | | |
| 1226. -Harley Davidson Inc (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 1227. -HCA Holdings Inc (Common) | | | | | Buy | 03/30/11 | J | | |
| 1228. -HCA Holdings Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1229. -HCA Holdings Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 1230. -HCA Holdings Inc (Common) | | | | | Sold | 08/03/11 | J | | |
| 1231. -Health Net Inc (Common) | | | | | | | | | |
| 1232. -Hershey Co (Common) | | | | | Buy | 12/22/11 | J | | |
| 1233. -Hess Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1234. -Hess Corp (Common) | | | | | Sold | 08/19/11 | J | A | |
| 1235. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 02/23/11 | J | | |
| 1236. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 1237. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 1238. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1239. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1240. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 06/27/11 | J | | |
| 1241. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 08/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 08/19/11 | J | | |
| 1243. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 08/22/11 | J | | |
| 1244. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 11/23/11 | J | | |
| 1245. -Honeywell International Inc (Common) | | | | | Sold (part) | 03/14/11 | J | A | |
| 1246. -Honeywell International Inc (Common) | | | | | Sold (part) | 04/07/11 | J | A | |
| 1247. -Honeywell International Inc (Common) | | | | | Sold (part) | 04/08/11 | J | A | |
| 1248. -Honeywell International Inc (Common) | | | | | Sold | 04/13/11 | J | A | |
| 1249. -Huntington Ingalls Industries (Common) | | | | | Spinoff (from line 1453) | 03/11/11 | J | | |
| 1250. -Huntington Ingalls Indusrties (Common) | | | | | Sold | 06/20/11 | J | A | |
| 1251. -Illuminia Inc (Common) | | | | | Buy | 12/08/11 | J | | |
| 1252. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 05/02/11 | J | C | |
| 1253. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 1254. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 06/13/11 | J | A | |
| 1255. -Ingersoll-Rand PLC (Common) | | | | | Sold (part) | 10/04/11 | J | A | |
| 1256. -Ingersoll-Rand PLC (Common) | | | | | Buy (add'l) | 11/11/11 | J | | |
| 1257. -Intel Corp (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 1258. -Intel Corp (Common) | | | | | Sold (part) | 03/17/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. -Intel Corp (Common) | | | | | Sold | 04/05/11 | J | A | |
| 1260. -Intuit Inc (Common) | | | | | Buy (add'l) | 01/20/11 | J | | |
| 1261. -Intuit Inc (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1262. -Intuit Inc (Common) | | | | | Buy (add'l) | 03/15/11 | J | | |
| 1263. -Intuit Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1264. -Intuit Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1265. -Intuit Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1266. -Intuit Inc (Common) | | | | | Buy (add'l) | 08/22/11 | J | | |
| 1267. -Intuit Inc (Common) | | | | | Buy (add'l) | 10/03/11 | J | | |
| 1268. -Johnson & Johnson (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1269. -Johnson & Johnson (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1270. -Johnson & Johnson (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1271. -Johnson & Johnson (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1272. -Johnson & Johnson (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1273. -Johnson & Johnson (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1274. -Johnson & Johnson (Common) | | | | | Sold (part) | 08/15/11 | J | A | |
| 1275. -Johnson Controls Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -Johnson Controls Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1277. -Johnson Controls Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1278. -Johnson Controls Inc (Common) | | | | | Sold (part) | 09/01/11 | J | | |
| 1279. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 1280. -Johnson Controls Inc (Common) | | | | | Sold (part) | 11/17/11 | J | A | |
| 1281. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 1282. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 03/30/11 | J | A | |
| 1283. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1284. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/02/11 | K | C | |
| 1285. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1286. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/16/11 | K | C | |
| 1287. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/23/11 | K | C | |
| 1288. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 06/22/11 | J | | |
| 1289. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/22/11 | J | | |
| 1290. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 1291. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 11/11/11 | J | | |
| 1292. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 11/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -Juniper Networks Inc (Common) | | | | | Buy (add'l) | 01/25/11 | J | | |
| 1294. -Juniper Networks Inc (Common) | | | | | Buy (add'l) | 02/17/11 | J | | |
| 1295. -Juniper Networks Inc (Common) | | | | | Sold (part) | 05/02/11 | J | | |
| 1296. -Juniper Networks Inc (Common) | | | | | Sold (part) | 05/05/11 | J | | |
| 1297. -Juniper Networks Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1298. -Juniper Networks Inc (Common) | | | | | Sold (part) | 06/10/11 | J | A | |
| 1299. -Juniper Networks Inc (Common) | | | | | Sold | 10/19/11 | J | | |
| 1300. -Kimberly Clark Corp (Common) | | | | | Sold | 04/14/11 | J | A | |
| 1301. -Kohls Corp (Common) | | | | | Sold (part) | 01/18/11 | J | A | |
| 1302. -Kohls Corp (Common) | | | | | Sold (part) | 02/07/11 | J | A | |
| 1303. -Kohls Corp (Common) | | | | | Sold (part) | 02/28/11 | J | A | |
| 1304. -Kohls Corp (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 1305. -Kohls Corp (Common) | | | | | Sold (part) | 03/29/11 | J | B | |
| 1306. -Kohls Corp (Common) | | | | | Sold (part) | 03/30/11 | J | A | |
| 1307. -Kohls Corp (Common) | | | | | Sold (part) | 04/05/11 | J | B | |
| 1308. -Kohls Corp (Common) | | | | | Sold | 04/15/11 | J | A | |
| 1309. -Kroger Co (Common) | | | | | Buy | 02/07/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Kroger Co (Common) | | | | | Sold (part) | 05/10/11 | K | A | |
| 1311. -Kroger Co (Common) | | | | | Sold (part) | 05/23/11 | K | A | |
| 1312. -Kroger Co (Common) | | | | | Buy (add'l) | 09/22/11 | J | | |
| 1313. -Kroger Co (Common) | | | | | Buy (add'l) | 12/06/11 | J | | |
| 1314. -LAM Research Corp (Common) | | | | | Buy | 05/09/11 | J | | |
| 1315. -LAM Research Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1316. -LAM Research Corp (Common) | | | | | Buy (add'l) | 10/11/11 | J | | |
| 1317. -LAM Research Corp (Common) | | | | | Buy (add'l) | 12/06/11 | J | | |
| 1318. -Las Vegas Sands Corp (Common) | | | | | Buy | 08/19/11 | J | | |
| 1319. -Las Vegas Sands Corp (Common) | | | | | Buy (add'l) | 09/02/11 | J | | |
| 1320. -Las Vegas Sands Corp (Common) | | | | | Sold (part) | 11/15/11 | J | A | |
| 1321. -Lear Corp (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1322. -Lear Corp (Common) | | | | | Sold (part) | 08/22/11 | J | A | |
| 1323. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 01/04/11 | J | | |
| 1324. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 01/07/11 | J | | |
| 1325. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 1326. -Limited Brands Inc (Common) | | | | | Sold (part) | 04/13/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1327. -Limited Brands Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1328. -Limited Brands Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1329. -Limited Brands Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1330. -Limited Brands Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1331. -Limited Brands Inc (Common) | | | | | Buy (add'l) | 06/06/11 | J | | |
| 1332. -Limited Brands Inc (Common) | | | | | Sold (part) | 10/12/11 | J | A | |
| 1333. -Limited Brands Inc (Common) | | | | | Sold (part) | 11/02/11 | J | | |
| 1334. -Lincoln National Corp (Common) | | | | | | | | | |
| 1335. -Lorillard Inc (Common) | | | | | Buy | 08/09/11 | J | | |
| 1336. -Lorillard Inc (Common) | | | | | Buy (add'l) | 08/12/11 | J | | |
| 1337. -Lorillard Inc (Common) | | | | | Buy (add'l) | 10/12/11 | J | | |
| 1338. -Lorillard Inc (Common) | | | | | Buy (add'l) | 10/28/11 | J | | |
| 1339. -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 02/10/11 | J | | |
| 1340. -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 03/01/11 | J | | |
| 1341. -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 1342. -Lowe's COS Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1343. -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/05/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/06/11 | J | A | |
| 1345. -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 1346. -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1347. -Lowe's COS Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1348. -Lowe's COS Inc (Common) | | | | | Sold (part) | 07/07/11 | J | A | |
| 1349. -Lowe's COS Inc (Common) | | | | | Sold (part) | 07/18/11 | J | | |
| 1350. -Lowe's COS Inc (Common) | | | | | Sold (part) | 08/03/11 | J | | |
| 1351. -Lowe's COS Inc (Common) | | | | | Sold (part) | 10/26/11 | J | | |
| 1352. -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 11/30/11 | J | | |
| 1353. -Lowe's COS Inc (Common) | | | | | Buy (add'l) | 12/06/11 | J | | |
| 1354. -LyondellBasell Industries (Common) | | | | | Buy | 05/31/11 | J | | |
| 1355. -LyondellBasell Industries (Common) | | | | | Buy (add'l) | 08/31/11 | J | | |
| 1356. -LyondellBasell Industries (Common) | | | | | Buy (add'l) | 10/04/11 | J | | |
| 1357. -Marathon Oil Corp (Common) | | | | | Buy (add'l) | 02/02/11 | J | | |
| 1358. -Marathon Oil Corp (Common) | | | | | Buy (add'l) | 02/16/11 | J | | |
| 1359. -Marathon Oil Corp (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 1360. -Marathon Oil Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -Marathon Oil Corp (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1362. -Marathon Oil Corp (Common) | | | | | Sold (part) | 05/23/11 | K | C | |
| 1363. -Marathon Oil Corp (Common) | | | | | Buy (add'l) | 09/26/11 | J | | |
| 1364. -Marathon Petroleum Corp (Common) | | | | | Buy | 07/28/11 | J | | |
| 1365. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 08/05/11 | J | | |
| 1366. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 1367. -Marvell Technology Group (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1368. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 09/29/11 | J | | |
| 1369. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 10/20/11 | J | | |
| 1370. -Marvell Technology Group (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 1371. -McGraw Hill Cos (Common) | | | | | Buy | 05/27/11 | J | | |
| 1372. -McKesson Corp (Common) | | | | | Buy | 02/16/11 | J | | |
| 1373. -McKesson Corp (Common) | | | | | Sold | 04/04/11 | J | | |
| 1374. -MetLife Inc (Common) | | | | | Buy | 03/03/11 | J | | |
| 1375. -MetLife Inc (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 1376. -MetLife Inc (Common) | | | | | Buy (add'l) | 04/12/11 | J | | |
| 1377. -MetLife Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -MetLife Inc (Common) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 1379. -MetLife Inc (Common) | | | | | Buy (add'l) | 10/03/11 | J | | |
| 1380. -Micron Technology Inc (Common) | | | | | Buy | 10/18/11 | J | | |
| 1381. -Micron Technology Inc (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 1382. -Micron Technology Inc (Common) | | | | | Buy (add'l) | 11/14/11 | J | | |
| 1383. -Microsoft Corp (Common) | | | | | Sold (part) | 01/14/11 | J | A | |
| 1384. -Microsoft Corp (Common) | | | | | Sold (part) | 01/21/11 | J | | |
| 1385. -Microsoft Corp (Common) | | | | | Sold (part) | 02/01/11 | J | | |
| 1386. -Microsoft Corp (Common) | | | | | Sold | 02/18/11 | J | A | |
| 1387. -Monsanto Co (Common) | | | | | Buy (add'l) | 02/02/11 | J | | |
| 1388. -Monsanto Co (Common) | | | | | Buy (add'l) | 02/17/11 | J | | |
| 1389. -Monsanto Co (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 1390. -Monsanto Co (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |
| 1391. -Monsanto Co (Common) | | | | | Buy (add'l) | 04/06/11 | J | | |
| 1392. -Monsanto Co (Common) | | | | | Buy (add'l) | 04/14/11 | J | | |
| 1393. -Monsanto Co (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1394. -Monsanto Co (Common) | | | | | Sold (part) | 05/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. -Monsanto Co (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1396. -Monsanto Co (Common) | | | | | Sold (part) | 08/03/11 | J | A | |
| 1397. -Monsanto Co (Common) | | | | | Sold (part) | 09/28/11 | J | A | |
| 1398. -Monsanto Co (Common) | | | | | Sold (part) | 12/02/11 | J | A | |
| 1399. -Moody's Corp (Common) | | | | | Buy | 03/31/11 | J | | |
| 1400. -Moody's Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1401. -Moody's Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1402. -Moody's Corp (Common) | | | | | Buy | 06/08/11 | J | | |
| 1403. -Morgan Stanley (Common) | | | | | Sold (part) | 05/02/11 | J | | |
| 1404. -Morgan Stanley (Common) | | | | | Sold (part) | 05/12/11 | J | | |
| 1405. -Motorola Solutions Inc (Common) | | | | | Buy | 03/08/11 | J | | |
| 1406. -Motorola Solutions Inc (Common) | | | | | Buy (add'l) | 03/11/11 | J | | |
| 1407. -Motorola Solutions Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1408. -Motorola Solutions Inc (Common) | | | | | Sold (part) | 06/29/11 | J | A | |
| 1409. -Motorola Solutions Inc (Common) | | | | | Sold (part) | 06/30/11 | J | A | |
| 1410. -Motorola Solutions Inc (Common) | | | | | Sold | 07/13/11 | J | A | |
| 1411. -Nabors Industries Ltd (common) | | | | | Buy | 02/17/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -Nabors Industries Ltd (common) | | | | | Buy (add'l) | 03/25/11 | J | | |
| 1413. -Nabors Industries Ltd (common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 1414. -Nabors Industries Ltd (common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1415. -Nabors Industries Ltd (common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1416. -Nabors Industries Ltd (common) | | | | | Sold | 08/05/11 | J | | |
| 1417. -Netapp Inc (Common) | | | | | Buy | 04/21/11 | J | | |
| 1418. -Netapp Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1419. -Netapp Inc (Common) | | | | | Sold (part) | 07/29/11 | J | | |
| 1420. -Netapp Inc (Common) | | | | | Sold | 08/03/11 | J | | |
| 1421. -NetFlix Inc (Common) | | | | | Buy | 01/24/11 | J | | |
| 1422. -NetFlix Inc (Common) | | | | | Sold (part) | 02/16/11 | J | A | |
| 1423. -NetFlix Inc (Common) | | | | | Sold (part) | 02/17/11 | J | A | |
| 1424. -NetFlix Inc (Common) | | | | | Sold | 02/18/11 | J | A | |
| 1425. -Newell Rubbermaid Inc (Common) | | | | | Buy | 10/27/11 | J | | |
| 1426. -Newfield Exploration Co (Common) | | | | | Sold (part) | 03/24/11 | J | A | |
| 1427. -Newfield Exploration Co (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1428. -Newfield Exploration Co (Common) | | | | | Sold (part) | 06/06/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -Newfield Exploration Co (Common) | | | | | Sold | 06/21/11 | J | A | |
| 1430. -News Corp (Common) | | | | | Sold (part) | 04/19/11 | J | B | |
| 1431. -News Corp (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1432. -News Corp (Common) | | | | | Sold (part) | 05/10/11 | J | B | |
| 1433. -News Corp (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1434. -News Corp (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 1435. -News Corp (Common) | | | | | Sold (part) | 07/18/11 | J | A | |
| 1436. -News Corp (Common) | | | | | Sold (part) | 08/11/11 | J | A | |
| 1437. -News Corp (Common) | | | | | Sold (part) | 08/19/11 | J | A | |
| 1438. -News Corp (Common) | | | | | Sold | 09/02/11 | J | B | |
| 1439. -Nexen Inc (Common) | | | | | Buy (add'l) | 05/31/11 | J | | |
| 1440. -Nexen Inc (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1441. -Nexen Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1442. -Nexen Inc (Common) | | | | | Buy (add'l) | 06/27/11 | J | | |
| 1443. -Nexen Inc (Common) | | | | | Sold | 10/06/11 | J | | |
| 1444. -Neilsen Holdings (Common) | | | | | Buy | 02/17/11 | J | | |
| 1445. -Neilsen Holdings (Common) | | | | | Sold | 03/01/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. --Noble Energy Inc (Common) | | | | | Buy (add'l) | 02/24/11 | J | | |
| 1447. -Noble Energy Inc (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1448. -Noble Energy Inc (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1449. -Noble Energy Inc (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1450. -Noble Energy Inc (Common) | | | | | Sold (part) | 10/10/11 | J | A | |
| 1451. -Noble Energy Inc (Common) | | | | | Sold (part) | 11/16/11 | J | A | |
| 1452. -Noble Energy Inc (Common) | | | | | Buy (add'l) | 12/29/11 | J | | |
| 1453. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 05/23/11 | J | C | |
| 1454. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 08/11/11 | J | | |
| 1455. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 09/13/11 | J | | |
| 1456. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 10/19/11 | J | | |
| 1457. -Northrop Grumman Corp (Common) | | | | | Sold (part) | 10/25/11 | J | | |
| 1458. -NV Energy Inc (Common) | | | | | Buy | 08/18/11 | J | | |
| 1459. -NV Energy Inc (Common) | | | | | Buy (add'l) | 12/22/11 | J | | |
| 1460. -Nvidia Corp (Common) | | | | | Sold | 02/14/11 | J | D | |
| 1461. -NVR Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1462. -NVR Inc (Common) | | | | | Sold (part) | 10/24/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. -Occidental Petroleum Corp (Common) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 1464. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 03/09/11 | J | B | |
| 1465. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 03/24/11 | J | A | |
| 1466. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1467. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1468. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1469. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 08/03/11 | J | | |
| 1470. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 08/11/11 | J | A | |
| 1471. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 09/12/11 | J | | |
| 1472. -Occidental Petroleum Corp (Common) | | | | | Sold | 10/03/11 | J | | |
| 1473. -Oracle Corp (Common) | | | | | Buy (add'l) | 03/22/11 | J | | |
| 1474. -Oracle Corp (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1475. -Oracle Corp (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1476. -Oracle Corp (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1477. -Parker Hannifin Corp (Common) | | | | | Sold (part) | 03/08/11 | J | B | |
| 1478. -Parker Hannifin Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1479. -Parker Hannifin Corp (Common) | | | | | Sold | 06/21/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. -Pepsico Inc (Common) | | | | | Sold (part) | 02/14/11 | J | A | |
| 1481. -Pepsico Inc (Common) | | | | | Buy (add'l) | 09/26/11 | J | | |
| 1482. -Pepsico Inc (Common) | | | | | Buy (add'l) | 09/28/11 | J | | |
| 1483. -Pepsico Inc (Common) | | | | | Buy (add'l) | 10/25/11 | J | | |
| 1484. -Pepsico Inc (Common) | | | | | Sold (part) | 12/22/11 | J | A | |
| 1485. -Perrigo Inc (Common) | | | | | Buy | 11/07/11 | J | | |
| 1486. -Pfizer Inc (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 1487. -Pfizer Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1488. -Pfizer Inc (Common) | | | | | Sold (part) | 05/23/11 | K | | |
| 1489. -Pfizer Inc (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |
| 1490. -Potash Corp of Saskatchewan (Common) | | | | | Sold (part) | 03/11/11 | J | A | |
| 1491. -Potash Corp of Saskatchewan (Common) | | | | | Buy (add'l) | 04/07/11 | J | | |
| 1492. -Potash Corp of Saskatchewan (Common) | | | | | Buy (add'l) | 05/06/11 | J | | |
| 1493. -Potash Corp of Saskatchewan (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1494. -Potash Corp of Saskatchewan (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1495. -Potash Corp of Saskatchewan (Common) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 1496. -Precision Castparts Corp (Common) | | | | | Buy | 06/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 08/04/11 | J | | |
| 1498. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 11/01/11 | J | | |
| 1499. -Proctor & Gamble Co (Common) | | | | | Buy | 03/17/11 | J | | |
| 1500. -Proctor & Gamble Co (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 1501. -Proctor & Gamble Co (Common) | | | | | Buy (add'l) | 04/18/11 | J | | |
| 1502. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1503. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1504. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 10/28/11 | J | A | |
| 1505. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 11/01/11 | J | A | |
| 1506. -Proctor & Gamble Co (Common) | | | | | Sold (part) | 11/08/11 | J | A | |
| 1507. -PVH Corp (Common) | | | | | Buy | 10/18/11 | J | | |
| 1508. -PVH Corp (Common) | | | | | Buy (add'l) | 12/21/11 | J | | |
| 1509. -Qualcomm Inc (Common) | | | | | Buy | 01/31/11 | J | | |
| 1510. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1511. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 03/03/11 | J | | |
| 1512. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 03/22/11 | J | | |
| 1513. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 03/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1514. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/02/11 | J | | |
| 1515. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1516. -Qualcomm Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1517. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 07/15/11 | J | | |
| 1518. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 07/27/11 | J | | |
| 1519. -Qualcomm Inc (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 1520. -Raytheon Co (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 1521. -Raytheon Co (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1522. -Raytheon Co (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1523. -Raytheon Co (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1524. -Raytheon Co (Common) | | | | | Sold | 08/16/11 | J | | |
| 1525. -Reliance Steel & Aluiminum (Common) | | | | | Buy | 01/13/11 | J | | |
| 1526. -Reliance Steel & Aluiminum (Common) | | | | | Sold | 05/23/11 | J | A | |
| 1527. -Riverbed Technology Inc (Common) | | | | | Buy | 02/09/11 | J | | |
| 1528. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 02/16/11 | J | | |
| 1529. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 1530. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 05/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1532. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1533. -Riverbed Technology Inc (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |
| 1534. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 07/26/11 | J | | |
| 1535. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 08/19/11 | J | | |
| 1536. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 10/20/11 | J | | |
| 1537. -Riverbed Technology Inc (Common) | | | | | Sold (part) | 12/07/11 | J | | |
| 1538. -Riverbed Technology Inc (Common) | | | | | Sold | 12/15/11 | J | | |
| 1539. -Rockwell Automation Inc (Common) | | | | | Buy | 01/20/11 | J | | |
| 1540. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 02/16/11 | J | | |
| 1541. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 03/15/11 | J | | |
| 1542. -Rockwell Automation Inc (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1543. -Rockwell Automation Inc (Common) | | | | | Sold (part) | 04/28/11 | J | | |
| 1544. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 08/01/11 | J | | |
| 1545. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 1546. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 09/02/11 | J | | |
| 1547. -Rockwell Automation Inc (Common) | | | | | Buy (add'l) | 11/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -Rovi Corp (Common) | | | | | Buy (add'l) | 02/03/11 | J | | |
| 1549. -Rovi Corp (Common) | | | | | Buy (add'l) | 02/15/11 | J | | |
| 1550. -Rovi Corp (Common) | | | | | Sold (part) | 04/19/11 | J | | |
| 1551. -Rovi Corp (Common) | | | | | Sold (part) | 05/16/11 | J | | |
| 1552. -Rovi Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1553. -Rovi Corp (Common) | | | | | Buy (add'l) | 06/29/11 | J | | |
| 1554. -Rovi Corp (Common) | | | | | Sold | 11/10/11 | J | | |
| 1555. -Royal Caribbean Cruises Ltd (Common) | | | | | Sold (part) | 05/06/11 | J | | |
| 1556. -Royal Caribbean Cruises Ltd (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1557. -Royal Caribbean Cruises Ltd (Common) | | | | | Sold | 08/31/11 | J | | |
| 1558. -Safeway Inc (Common) | | | | | Sold | 02/09/11 | K | | |
| 1559. -Salesforce.Com Inc (Common) | | | | | Buy | 12/01/11 | J | | |
| 1560. -Salesforce.Com Inc (Common) | | | | | Buy (add'l) | 12/15/11 | J | | |
| 1561. -Sara Lee Corp (Common) | | | | | Sold | 03/18/11 | J | B | |
| 1562. -Schlumberger Ltd (Common) | | | | | Sold (part) | 01/11/11 | J | | |
| 1563. -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/01/11 | J | A | |
| 1564. -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. -Schlumberger Ltd (Common) | | | | | Sold (part) | 03/28/11 | J | B | |
| 1566. -Schlumberger Ltd (Common) | | | | | Sold (part) | 04/25/11 | J | B | |
| 1567. -Schlumberger Ltd (Common) | | | | | Sold (part) | 05/02/11 | J | B | |
| 1568. -Schlumberger Ltd (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1569. -Schlumberger Ltd (Common) | | | | | Sold | 05/23/11 | J | D | |
| 1570. -Schlumberger Ltd (Common) | | | | | Buy | 09/19/11 | J | | |
| 1571. -Schlumberger Ltd (Common) | | | | | Buy (add'l) | 12/23/11 | J | | |
| 1572. -Smithfield Food Inc (Common) | | | | | Sold (part) | 04/06/11 | J | A | |
| 1573. -Smithfield Food Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1574. -Smithfield Food Inc (Common) | | | | | Sold (part) | 06/24/11 | J | B | |
| 1575. -Smithfield Food Inc (Common) | | | | | Sold | 11/04/11 | J | A | |
| 1576. -Southwestern Energy (Common) | | | | | Sold (part) | 01/21/11 | J | A | |
| 1577. -Southwestern Energy (Common) | | | | | Sold (part) | 02/14/11 | J | A | |
| 1578. -Southwestern Energy (Common) | | | | | Buy (add'l) | 03/18/11 | J | | |
| 1579. -Southwestern Energy (Common) | | | | | Sold (part) | 04/25/11 | J | A | |
| 1580. -Southwestern Energy (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1581. -Southwestern Energy (Common) | | | | | Sold (part) | 06/02/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. -Southwestern Energy (Common) | | | | | Sold | 07/27/11 | J | A | |
| 1583. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 01/07/11 | J | B | |
| 1584. -Sprint Nextel Corp (Common) | | | | | Buy (add'l) | 03/14/11 | J | | |
| 1585. -Sprint Nextel Corp (Common) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 1586. -Sprint Nextel Corp (Common) | | | | | Buy (add'l) | 05/02/11 | J | | |
| 1587. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1588. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1589. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 06/17/11 | J | A | |
| 1590. -Sprint Nextel Corp (Common) | | | | | Sold (part) | 07/21/11 | J | A | |
| 1591. -Sprint Nextel Corp (Common) | | | | | Sold | 08/09/11 | J | | |
| 1592. -Stanley Black & Decker Inc (Common) | | | | | Buy (add'l) | 03/30/11 | J | | |
| 1593. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1594. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 09/08/11 | J | | |
| 1595. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 09/16/11 | J | | |
| 1596. -Stanley Black & Decker Inc (Common) | | | | | Sold (part) | 09/23/11 | J | | |
| 1597. -Stanley Black & Decker Inc (Common) | | | | | Sold | 09/29/11 | J | | |
| 1598. -Starbucks Corp (Common) | | | | | Sold (part) | 05/16/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Starbucks Corp (Common) | | | | | Sold (part) | 05/23/11 | J | B | |
| 1600. -Starbucks Corp (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |
| 1601. -Starbucks Corp (Common) | | | | | Sold (part) | 09/06/11 | J | | |
| 1602. -Starbucks Corp (Common) | | | | | Sold (part) | 10/28/11 | J | A | |
| 1603. -Steel Dynamics Inc (Common) | | | | | Buy | 01/07/11 | J | | |
| 1604. -Steel Dynamics Inc (Common) | | | | | Sold | 05/23/11 | J | | |
| 1605. -Suncor Energy Inc (Common) | | | | | Sold (part) | 02/23/11 | J | A | |
| 1606. -Suncor Energy Inc (Common) | | | | | Sold (part) | 03/03/11 | J | A | |
| 1607. -Suncor Energy Inc (Common) | | | | | Sold | 04/05/11 | J | A | |
| 1608. -Target Corp (Common) | | | | | Sold | 01/28/11 | J | A | |
| 1609. -Tax-Aware Overlay A Portfolio | | | | | Buy | 05/23/11 | O | | |
| 1610. -Tax-Aware Overlay A Portfolio | | | | | Buy (add'l) | 12/13/11 | K | | |
| 1611. -TE Connectivity fka Tyco Electronics (Common) | | | | | Sold | 04/25/11 | J | | See note in Part VIII |
| 1612. -Tesoro Corp (Common) | | | | | Buy | 02/17/11 | J | | |
| 1613. -Tesoro Corp (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1614. -Tesoro Corp (Common) | | | | | Sold | 08/11/11 | J | | |
| 1615. -Teva Pharmaceutical (Common) | | | | | Buy (add'l) | 03/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Teva Pharmaceutical (Common) | | | | | Sold | 04/21/11 | J | | |
| 1617. -The Walt Disney Co (Common) | | | | | Sold (part) | 03/16/11 | J | | |
| 1618. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 04/01/11 | J | | |
| 1619. -The Walt Disney Co (Common) | | | | | Sold (part) | 04/25/11 | J | | |
| 1620. -The Walt Disney Co (Common) | | | | | Sold (part) | 05/10/11 | J | | |
| 1621. -The Walt Disney Co (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1622. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |
| 1623. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 08/12/11 | J | | |
| 1624. -The Walt Disney Co (Common) | | | | | Sold (part) | 10/31/11 | J | | |
| 1625. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 12/16/11 | J | | |
| 1626. -Time Warner Cable (Common) | | | | | Sold (part) | 05/16/11 | J | B | |
| 1627. -Time Warner Cable (Common) | | | | | Sold (part) | 05/23/11 | J | D | |
| 1628. -Time Warner Cable (Common) | | | | | Sold (part) | 06/15/11 | J | C | |
| 1629. -Time Warner Cable (Common) | | | | | Buy (add'l) | 09/06/11 | J | | |
| 1630. -Time Warner Cable (Common) | | | | | Buy (add'l) | 11/15/11 | J | | |
| 1631. -Time Warner Inc (Common) | | | | | Sold (part) | 05/10/11 | J | B | |
| 1632. -Time Warner Inc (Common) | | | | | Sold (part) | 05/16/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. -Time Warner Inc (Common) | | | | | Sold | 05/23/11 | J | B | |
| 1634. -Transocean Ltd (Common) | | | | | Buy | 05/18/11 | J | | |
| 1635. -Transocean Ltd (Common) | | | | | Sold (part) | 05/23/11 | J | | |
| 1636. -Transocean Ltd (Common) | | | | | Buy (add'l) | 07/15/11 | J | | |
| 1637. -Transocean Ltd (Common) | | | | | Buy (add'l) | 08/02/11 | J | | |
| 1638. -Transocean Ltd (Common) | | | | | Buy (add'l) | 11/04/11 | J | | |
| 1639. -Travelers COS Inc (Common) | | | | | Buy (add'l) | 03/07/11 | J | | |
| 1640. -Travelers COS Inc (Common) | | | | | Sold (part) | 05/16/11 | J | B | |
| 1641. -TRW Automotive Holdings (Common) | | | | | Buy | 05/31/11 | J | | |
| 1642. -TRW Automotive Holdings (Common) | | | | | Buy (add'l) | 10/19/11 | J | | |
| 1643. -Tyco Electronics Ltd (Common) | | | | | Sold (part) | 03/04/11 | J | C | |
| 1644. -Tyson Foods Inc (Common) | | | | | Buy | 05/09/11 | J | | |
| 1645. -Tyson Foods Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1646. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 06/29/11 | J | | |
| 1647. -Tyson Foods Inc (Common) | | | | | Buy (add'l) | 07/08/11 | J | | |
| 1648. -United Parcel Service (Common) | | | | | Buy (add'l) | 02/22/11 | J | | |
| 1649. -United Parcel Service (Common) | | | | | Sold (part) | 04/25/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1650. -United Parcel Service (Common) | | | | | Sold (part) | 05/16/11 | J | A | |
| 1651. -United Parcel Service (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1652. -United Technologies Corp (Common) | | | | | Buy | 07/25/11 | J | | |
| 1653. -United Technologies Corp (Common) | | | | | Sold | 10/19/11 | J | | |
| 1654. -Unitedhealth Group Inc (Common) | | | | | Buy | 06/16/11 | J | | |
| 1655. -Unitedhealth Group Inc (Common) | | | | | Buy (add'l) | 06/17/11 | J | | |
| 1656. -Unitedhealth Group Inc (Common) | | | | | Buy (add'l) | 08/08/11 | J | | |
| 1657. -Unitedhealth Group Inc (Common) | | | | | Buy (add'l) | 08/23/11 | J | | |
| 1658. -Unitedhealth Group Inc (Common) | | | | | Sold (part) | 09/19/11 | J | | |
| 1659. -Unitedhealth Group Inc (Common) | | | | | Sold (part) | 12/21/11 | J | A | |
| 1660. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold | 02/23/11 | J | B | |
| 1661. -VF Corp(Common) | | | | | Buy | 07/29/11 | J | | |
| 1662. -VF Corp(Common) | | | | | Buy (add'l) | 08/03/11 | J | | |
| 1663. -Viacom Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1664. -Viacom Inc (Common) | | | | | Buy (add'l) | 06/08/11 | J | | |
| 1665. -VISA Inc (Common) | | | | | Buy | 08/04/11 | J | | |
| 1666. -Vodafone Group (Common) | | | | | Sold | 03/04/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. -Wellpoint Inc (Common) | | | | | Buy | 03/07/11 | J | | |
| 1668. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 04/07/11 | J | | |
| 1669. -Wellpoint Inc (Common) | | | | | Buy (add'l) | 04/15/11 | J | | |
| 1670. -Wellpoint Inc (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1671. -Wellpoint Inc (Common) | | | | | Sold (part) | 12/05/11 | J | A | |
| 1672. -Wells Fargo & Co (Common) | | | | | Sold (part) | 02/15/11 | J | B | |
| 1673. -Wells Fargo & Co (Common) | | | | | Sold (part) | 02/22/11 | J | A | |
| 1674. -Wells Fargo & Co (Common) | | | | | Sold (part) | 04/19/11 | J | | |
| 1675. -Wells Fargo & Co (Common) | | | | | Sold (part) | 04/28/11 | J | | |
| 1676. -Wells Fargo & Co (Common) | | | | | Sold (part) | 05/02/11 | J | A | |
| 1677. -Wells Fargo & Co (Common) | | | | | Sold (part) | 05/10/11 | J | A | |
| 1678. -Wells Fargo & Co (Common) | | | | | Sold (part) | 05/23/11 | J | A | |
| 1679. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1680. -Wells Fargo & Co (Common) | | | | | Sold (part) | 10/27/11 | J | A | |
| 1681. -XL Group PLC (Common) | | | | | Sold | 01/05/11 | J | C | |
| 1682. FR5 | A | Int./Div. | J | T | | | | | |
| 1683. -Fidelity Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1684. -Brokerage | | | | | | | | | |
| 1685. BP PLC Sponsored ADR (X) | A | Int./Div. | J | T | Open | 04/01/11 | J | | |
| 1686. Lincoln National (common) (X) | A | Int./Div. | L | T | Open | 04/01/11 | L | | |
| 1687. Nisource (common) (X) | A | Int./Div. | K | T | Open | 04/01/11 | K | | |
| 1688. Fidelity Spartan Florida Municipal (X) Income Fund | A | Int./Div. | L | T | Open | 04/01/11 | L | | |
| 1689. Investment Club - 10% interest | A | Int./Div. | K | T | | | | | |
| 1690. -Aegon NV (Common) (X) | | | | | | | | | |
| 1691. -American Apparel Inc (Common) (X) | | | | | Sold | 06/14/11 | J | | |
| 1692. -Bank of America Corp (Common) | | | | | Buy | 08/23/11 | J | | |
| 1693. -Bolt Technology Corp (Common) (X) | | | | | Sold | 01/26/11 | J | A | |
| 1694. -Bristol Myers Squibb Co (Common) | | | | | Buy | 08/23/11 | J | | |
| 1695. -Caterpillar Common (Common) | | | | | Buy | 06/14/11 | J | | |
| 1696. -Circor International Inc (Common) (X) | | | | | Sold | 08/23/11 | J | A | |
| 1697. -Conocophillips Com (Common) | | | | | Buy | 08/23/11 | J | | |
| 1698. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy | 09/20/11 | J | | |
| 1699. -ENGloba! Corp (Common) (X) | | | | | Sold | 08/23/11 | J | | |
| 1700. -Exxon Mobil Corp (Common) | | | | | Buy | 08/23/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1701. -Federated Prim Obligation ISS #396 (X) | | | | | | | | | |
| 1702. -Fifth Third Bancorp (Common) | | | | | Buy | 08/23/11 | J | | |
| 1703. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1704. -First Niagara Financial Group Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1705. -Flagstar Bancorp Inc (Common) (X) | | | | | Sold | 06/14/11 | J | | |
| 1706. -Ford Mtr Co (Common) (X) | | | | | Buy (add'l) | 06/14/11 | J | | |
| 1707. -Freeport-McMoran Copper & Gold Inc (Common) | | | | | Buy | 10/25/11 | J | | |
| 1708. -General Electric Co (Common) | | | | | Buy | 08/23/11 | J | | |
| 1709. -General Electric Co (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1710. -General Motors Co (Common) | | | | | Buy | 08/23/11 | J | | |
| 1711. -Goldman Sachs Group Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1712. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1713. -ING Groep NV (Common) (X) | | | | | Sold | 01/26/11 | J | A | |
| 1714. -iShares S&P US Pref Stock Index Fund | | | | | Buy | 08/23/11 | J | | |
| 1715. -Johnson Controls Inc (Common) | | | | | Buy | 09/20/11 | J | | |
| 1716. -JP Morgan Chase & Co (Common) | | | | | Buy | 08/23/11 | J | | |
| 1717. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -Merck & Co Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1719. -Merck & Co Inc (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1720. -Peoples United Financial Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1721. -Pfizer Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1722. -Pfizer Inc (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1723. -PowerShares DB Gold Short ETN (Common) (X) | | | | | Sold | 04/19/11 | J | | |
| 1724. -Procter & Gamble Co (Common) | | | | | Buy | 08/23/11 | J | | |
| 1725. -ProShares UltraShort (Common) (X) | | | | | Sold | 06/14/11 | J | | |
| 1726. -Pulte Homes Inc (Common) | | | | | Buy | 08/23/11 | J | | |
| 1727. -Pulte Homes Inc (Common) | | | | | Buy (add'l) | 10/25/11 | J | | |
| 1728. -Sanofi SA (Common) | | | | | Buy | 08/23/11 | J | | |
| 1729. -Sanofi SA (Common) | | | | | Buy (add'l) | 09/20/11 | J | | |
| 1730. -SAP Aktiengesellschaft (Common) | | | | | Buy | 09/20/11 | J | | |
| 1731. -Seven & i Holdings Co (Common) (X) | | | | | Sold | 08/23/11 | J | A | |
| 1732. -Solar Capital Ltd (Common) | | | | | Buy | 08/23/11 | J | | |
| 1733. -Tesoro Corp (Common) (X) | | | | | Sold | 1/26/11 | J | A | |
| 1734. -The9 Ltd (Common) (X) | | | | | Sold | 08/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1735. -US Natural Gas Fund (Common) (X) | | | | | Sold (part) | 08/23/11 | J | | |
| 1736. -Walgreen Co (Common) | | | | | Buy | 09/20/11 | J | | |
| 1737. -Willbros Group Inc (Common) (X) | | | | | Sold | 08/23/11 | J | | |
| 1738. -Windstream Corp (Common) | | | | | Buy | 08/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleland, Robert H. | 07/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2010 Report - Part VII, Page 5, Line 5 - Fidelity Daily Income Fund - DELETED FROM 2011 REPORT- duplicate of Page 5, Line 4

Part VII, Page 17, Line 211 - Credit Suisse (common) - Mistakenly failed to carry over as a holding from 2009 to 2010 Report

Part VII, Page 44, Line 668 - Tyco Electronics, Ltd changed its name to TE Connectivity Ltd on March 10, 2011

Part VII, Page 50, Line 777 - Fiduciary responsibility ended 1/11/2011

Part VII, Page 51, Line 789 - Fiduciary responsibility ended 2/27/2011

Part VII, Page 52, Line 809 - Fiduciary responsibility ended 1/11/2011

Part VII, Page 99, Line 1611 - Tyco Electronics, Ltd changed its name to TE Connectivity Ltd on March 10, 2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Cleland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544